*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Elite Emergency Services, LLC<br><br>   Debtor(s). | Case No. 24–14370–amc<br><br>Chapter: 7 |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Schedule A/B Due 12/20/24
    Schedule D Due 12/20/24
    Schedule E/F Due 12/20/24
    Schedule G Due 12/20/24
    Schedule H Due 12/20/24
    Statement of Financial Affairs Due 12/20/24
    Summary of Assets and Liabilities Due 12/20/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: December 9, 2024

By the Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court