**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Elite Emergency Services, LLC** |
| United States Bankruptcy Court for the: | **Eastern** District of **Pennsylvania** (State) |
| Case number (if known): | **24-14370** |

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* **Amount of claim** Do not deduct the value of collateral.

   *Column B* **Value of collateral that supports this claim**

| 2.1 | | | |
|---|---|---|---|
| **Creditor's name** Ally | **Describe debtor's property that is subject to a lien** 2019 Ford F150 | $28,503.00 | $17,053.00 |
| **Creditor's mailing address** PO Box 380902 Minneapolis, MN 55438 | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** ☑ No  ☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☑ No  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Date debt was incurred** **Last 4 digits of account number** 1 0 9 6 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?** ☑ No  ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. — **$28,503.00**

Debtor **Elite Emergency Services, LLC**     Case number (if known) **24-14370**
    Name

| Part 1: | Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2**   **Creditor's name**
    **Citizens Bank N.A.**

**Creditor's mailing address**
**1 Citizens Bank Way**
**JCA115**
**Johnston, RI 02919-1922**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Air Movers: 3 - Restore Dynams X, Air Movers: 6 - X Power, Air Scrubber: 2 - Dri Eaz, Air Scrubber: Phoenix Guardian, Air Scrubbers: 10 - Alo Air 550, Air Scrubbers: 3 - Blu Dri, Dehumidifiers: 2 - Blu Dri, Dehumidifiers: 2 - Drie Eaz

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **unknown**
Column B: **$14,836.00**