IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELITE EMERGENCY SERVICES, LLC        :   CHAPTER 7
                                            :
                        Debtor              :
                                            :   Bank. No. 24-14370-AMC


NOTICE OF CHANGE FROM NO-ASSET TO ASSET
AND REQUEST TO THE CLERK TO FIX BAR DATE
TO FILE CLAIMS AGAINST THE ESTATE


TO FREDERIC J. BAKER, SENIOR ASSISTANT UNITED STATES TRUSTEE,

     Robert H. Holber, Esquire, the Trustee in the above captioned

matter, after due inquiry, having discovered assets hereby gives

Notice that this is an ASSET case.  The Trustee also requests the

Clerk to fix a bar date to file claims against the estate.


_____
ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee



Dated:__1/2/25__