IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELITE EMERGENCY SERVICES, LLC     :   CHAPTER 7
                                         :
                    Debtor               :
                                         :   Bank. No. 24-14370-AMC

VERIFIED STATEMENT OF ALAN B. LeCOFF IN SUPPORT OF APPLICATION OF
ROBERT H. HOLBER, CHAPTER 7 TRUSTEE,
TO EMPLOY BARRY S. SLOSBERG, INC. AS AUCTIONEER

Alan B. LeCoff, hereby declares, under penalty of perjury that:

1. I am an appraiser/auctioneer in the Commonwealth of Pennsylvania, competent to act as auctioneer to auction the Property, as defined in the Application of Robert H. Holber, Chapter 7 Trustee (the "Trustee"), to Employ Barry S. Slosberg, Inc. ("BSS") as Auctioneer (the "Application").

2. I am an associate with BSS which maintains an office at 3455 Edgemont Street, Philadelphia, PA 19134.

3. The Trustee has requested that BSS act as auctioneer to conduct an auction to sell the Property owned by the Debtor.

4. I regularly conduct auctions and private liquidations of the type involved in this matter for bankruptcy trustees, bankruptcy estates, financial institutions, private companies and others.

5. Neither I, nor anyone associated with BSS, have been convicted of any crime other than possibly minor motor vehicle violations.

6. Neither I, nor anyone associated with me or my business, hold or represent any interest adverse to the bankruptcy estate in this case.

7. Both BSS and I have been employed by bankruptcy trustees as auctioneers at various times, but with regard to this Application, I believe BSS is a " disinterested person" within

EXHIBIT A

the meaning of 11 U.S.C. sections 327 and 101(3).

8.    As compensation fo providing the auction services, BSS shall receive a commission of ten percent (10%) of the Gross Sale Proceeds (as define in the Application), plus reasonable expenses capped as set forth in the Application.

9.    The commissions to be charged in this engagement, including the seller commission being calculated against a gross sale price that includes the buyer's premium, are customary and the same as billing rates and terms BSS charges for other bankruptcy and -non-bankruptcy engagements,.

10.    BSS maintains insurance for any lost or stolen property.

11.    To the best of my knowledge, information and belief, neither I, nor anyone associated with my firm, have any connection with any party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of hte United States Trustee.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated:

Alan B. Le Coff