This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.



Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: 8201499-014135

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, __Tod E. Aronson, Gregory Magnus, Jayne B. Maloney, Catherine D. Vanelli, Nadine R. Weilersbacher__

all of the city of ____Pittsburgh____ state of ____Pennsylvania____ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __3rd__ day of __July__, __2019__.




Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: _David M. Carey, Assistant Secretary_

State of PENNSYLVANIA  ss
County of MONTGOMERY

On this __3rd__ day of __July__, __2019__ before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella, Notary Public_

Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

ARTICLE IV – OFFICERS: Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

ARTICLE XIII – Execution of Contracts: Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

Certificate of Designation – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

Authorization – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this __26th__ day of __March__, __2024__.





By: _Renee C. Llewellyn, Assistant Secretary_

LMS-12873 LMIC OCIC WAIC Multi Co_082018

# EXHIBIT B



**Liberty Surety First.**
Member of Liberty Mutual Group

Bond No: 601092542   DUPLICATE

## AUCTIONEER'S BOND

KNOW ALL MEN BY THESE PRESENTS, THAT WE, Barry S. Slosberg, Inc. as Principal and the THE OHIO CASUALTY INSURANCE COMPANY as Surety, are held and firmly bound unto the United States of America, for the benefit of any trustee in bankruptcy appointed by said U.S. Trustee in the sum of $100,000.00--- to the payment of which we jointly and severally bind ourselves, our heirs, administrators and assigns.

The condition of this obligation is that whereas the said Barry S. Slosberg, Inc. as Principal, is or may be employed by various trustees in bankruptcy with the approval of the court as an auctioneer in the sale of assets of various estate pending before the said court, and the said auctioneer shall collect and hold monies from the sale of said assets.

NOW THEREFORE, if the said Barry S. Slosberg, Inc. as auctioneers in employed by a trustee for all monies received by him from the sale of said assets, then this obligation shall be void, otherwise to remain in full force and effect.

IT IS THE INTENTION OF THE PARTIES HEREIN, to give this bond to the OFFICE UNITED STATES TRUSTEE in behalf of and for the benefit of any and all trustees in bankruptcy who may employ the said Barry S. Slosberg, Inc., as auctioneer in the sales of assets in bankruptcy and that in any action to realize upon the bond hereby given, as trustee as aforesaid by bringing an auction to realize thereon with the same right, force and effect in laws as though his name were explicitly written herein and to this we do hereby bond ourselves.

This bond, however, is subject to the following conditions: This bond shall terminate 60 days after the receipt by the office of the United States Trustee, written notice from the Surety of its desire to terminate this bond, or upon receipt by the Surety of a written request from the United States Trustee to terminate this bond. The said United States Trustee shall give to the Surety written notice of any loss hereunder as soon as possible after the said agency shall learn of such loss.

This bond becomes effective the 24th day of June, 2024 for a period ending the 24th day of June, 2025.

The Surety shall not be liable under this bond for more than aggregate sum of $100,000.00 dollars regardless of the number defaults by said auctioneer as principal under this bond.

Principal
_Joann C. Slosberg, President_
Principal Sign Here   Joann C. Slosberg, President

Signed, Sealed and dated at:

This 26th day of March 2024.

The Ohio Casualty Insurance Company

By _Jayne B. Maloney_
Jayne B. Maloney, Attorney-In-Fact