IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELITE EMERGENCY SERVICES, LLC        :   CHAPTER 7
                                             :
                   Debtor                    :
                                             :   Bank. No. 24-14370-AMC

## NOTICE

TO THE DEBTOR, ITS COUNSEL, ALL CREDITORS AND PARTIES IN INTEREST, NOTICE IS HEREBY GIVEN:

    Robert H. Holber, Esquire, Chapter 7 Trustee, has filed an Application of Robert H. Holber, Chapter 7 Trustee to Employ Barry S. Slosberg, Inc. as Auctioneer and Authorize Auction of Debtor's 2014 Ford Econoline and 2014 Ford Transit Van, along with a Verified Statement of Alan B. LeCoff in Support of Application to Employ Barry S. Slosberg, Inc. As Auctioneer and proposed Order, regards any and all matters including, but not limited to, objections to proof of claims and preparation of applications to hire and pay professionals. The Application is on file in the office of the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107, and may be inspected by the debtor, any creditor, or other party in interest.

    Any creditor or party-in-interest may file an answer, objections or other responsive pleadings or request a hearing, stating the reasons why a hearing is necessary, with the Clerk of the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107 and serve a copy upon the Trustee, whose address appears below, on or before seven (7) days after receiving this notice.

    That in the absence of any answer, objections, other responsive pleading or requests for a hearing, and upon certification of no objection, the Court may grant the Application as is requested.

_/s/ Robert H. Holber_
Robert H. Holber, Esq.
Chapter 7 Trustee
41 East Front Street
Media, Pennsylvania 19063
(610) 565-5463

DATE: 1/7/25