UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :    Chapter 7
                                      :
ELITE EMERGENCY SERVICES, LLC         :
                                      :
                                      :
            Debtor                    :    Bankruptcy No.: 24-14370 - AMC

<u>CERTIFICATION OF SERVICE</u>

I, Robert H. Holber, Esquire, Chapter 7 Trustee, certify

that on January 7, 2025, I did cause a true and correct copy of

the documents described below to be served on the parties listed

on the mailing list exhibit, a copy of which is attached and

incorporated as if fully set forth herein, by the means indicated

and to all parties registered with the Clerk to receive

electronic notice via the CM/ECF system:

1.  Notice of Motion, Response Deadline, and Hearing Dates
regards Application of Robert h. Holber, Chapter 7 Trustee to
Employ Barry S. Slosberg, Inc. As Auctioneer and Authorize
Auction of debtor's 2014 Ford Econoline and 2014 Ford Transit
Van;

I certify under penalty of perjury that the above

document(s) was sent using the mode of service indicated.

Date: _1/7/25_    _____    _____

                  Robert H. Holber, Esquire
                  Chapter 7 Trustee
                  Attorney ID: 51962
                  LAW OFFICE OF ROBERT H. HOLBER, P.C.
                  41 E. Front Street
                  Media, Pa 19063
                  (P) 610-565-5463
                  Rholber@holber.com

**<u>Mailing List Exhibit:</u>**

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Via: ☒CM/ECF   ☐1ˢᵗ Class Mail   ☐Certified Mail   ☐Other:

Michael A. Cibik, Esquire
CIBIK LAW, P.C.
1500 Walnut Street
Suite 900
Philadelphia, Pa 19102
Via: ☒CM/ECF   ☐1ˢᵗ Class Mail   ☐Certified Mail   ☐Other:

Alan B. LeCoff
BARRY S. SLOSBERG, INC.
3455 Edgemont Street
Philadelphia, Pa 19134
Via: ☐CM/ECF   ☒1ˢᵗ Class Mail   ☐Certified Mail   ☐Other:

All creditor's listed on Debtor's Matrix or have filed a timely
proof of claim
Via: ☐CM/ECF   ☒1ˢᵗ Class Mail   ☐Certified Mail   ☐Other: