IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELITE EMERGENCY SERVICES, LLC | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 24-14370 |
| | : | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned hereby enters its appearance in the above-captioned bankruptcy proceeding on behalf of interested party Capitol Adjustment, LLC to Bankruptcy Rules 2002 and 9007, and Section 1109(b) of the Bankruptcy Code, and demands that all notices given or required to be given in this case, and all papers served and required to be served in this case, be given to and served upon the undersigned at the address noted below.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules designated above, but also includes (without limitation) orders and notices of any application, motion, petition, pleading, request, complaint or demand of any type pertaining to the above-captioned bankruptcy proceeding:

Dean E. Weisgold, Esquire
1835 Market Street, Suite 1215
Philadelphia, PA 19103
(215) 979-7602

DEAN E. WEISGOLD, P.C.

By: _____
Dean E. Weisgold, Esquire
Attorney for Capitol Adjustment, LLC

## CERTIFICATE OF SERVICE

I, Dean E. Weisgold, Esquire, do hereby certify that a true and correct copy of the within Entry of Appearance and Request for Notices has been sent to all parties listed below on this 13th day of January, 2025 via ECF:

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

**DEAN E. WEISGOLD, P.C.**

By: _____
Dean E. Weisgold, Esquire
Attorney for Capitol Adjustment, LLC