IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 7
                                                    :
    ELITE EMERGENCY SERVICES, LLC                   :
                                                    :
                                                    :
                  Debtor                        : Bankruptcy No. 24-14370- AMC

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. The Notice of Filing Application of Robert H. Holber, Chapter 7 Trustee to Employ Barry S. Slosberg, Inc as Auctioneer and Authorize Auction of Debtor's 2014 Ford Econoline and 2014 Ford Transit Van was served upon the Office of the U.S. Trustee, Debtor's Counsel, Michael A. Cibik, Esquire, Alan B. LeCoff, and all creditors listed on Debtor's Matrix or who have filed timely Proof of Claims by U.S. Mail, first class, postage prepaid and/or electronic means on January 7, 2025.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 01/15/25

Robert H. Holber, Esquire
Chapter 7 Trustee
41 East Front Street
Media, PA  19063
(610) 565-5463