IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELITE EMERGENCY SERVICES, LLC          :   CHAPTER 7
                                              :
                    Debtor                    :
                                              :   Bank. No. 24-14370-AMC

ORDER GRANTING APPLICATION OF TRUSTEE TO EMPLOY BARRY S.
SLOSBERG, INC. AS AUCTIONEER AND
AUTHORIZE AUCTION OF DEBTOR'S 2014 FORD ECONOLINE
& 2014 FORD TRANSIT VAN

Upon consideration of the Application of the Trustee, Robert H. Holber, to Employ Barry S. Slosberg, Inc. as auctioneer and to authorize auction of Debtor's 2014 Ford Econoline and 2014 Ford Transit Van, and finding that the said auctioneer and its employees and agents do not represent any interest adverse to the Debtor or the Trustee or Debtor's Estate in matters upon which they are about to be engaged, and that its employment is necessary and in the best interest of the Estate along with a public auction of Debtor's 2014 Ford Econoline and 2014 Ford Transit Van, it is ORDERED:

1. Trustee is authorized to retain Barry S. Slosberg, Inc. in accordance with the terms set forth in the Motion;

2. A public auction of the sale of Debtor's 2014 Ford Econoline and 2014 Ford Transit Van is authorized;

3. All funds available from the sale of Debtor's 2014 Ford Econoline and 2014 Ford Transit Van, other than what is necessary to pay off any lien,  shall be forwarded to the Trustee; and

4. Any compensation and reimbursement of expenses for

Auctioneer may be paid from the Estate only after Court approval

and in accordance with applicable Bankruptcy Law and Rules.


BY THE COURT:

Ashely M. Chan
United States Bankruptcy Judge


Dated: _____Jan. 23, 2025_____