United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14370-amc |
| Elite Emergency Services, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Jan 23, 2025      Form ID: pdf900      Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Elite Emergency Services, LLC, 8362 State Rd Ste E, Philadelphia, PA 19136-2932 |
| NONE | | Barry B Slosberg, Alan B. LeCoff, 3455 Edgemont Street, Philadelphia, PA 19134 |
| intp | + | c/o Dean Weisgold, E Capitol Adjustment, LLC, 1835 Market Street, Suite 1215, Philadelphia, PA 19103-2912 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2025 00:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2025 01:01:04 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 23, 2025 | Form ID: pdf900 | Total Noticed: 6

| Name | Email Address |
|---|---|
| DEAN E. WEISGOLD | on behalf of Interested Party c/o Dean Weisgold  E Capitol Adjustment, LLC dean@weisgoldlaw.com, 2rainman@comcast.net |
| MICHAEL A. CIBIK | on behalf of Debtor Elite Emergency Services  LLC help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELITE EMERGENCY SERVICES, LLC  :  CHAPTER 7
:
Debtor  :
:  Bank. No. 24-14370-AMC

### ORDER GRANTING APPLICATION OF TRUSTEE TO EMPLOY BARRY S. SLOSBERG, INC. AS AUCTIONEER AND AUTHORIZE AUCTION OF DEBTOR'S 2014 FORD ECONOLINE & 2014 FORD TRANSIT VAN

Upon consideration of the Application of the Trustee, Robert H. Holber, to Employ Barry S. Slosberg, Inc. as auctioneer and to authorize auction of Debtor's 2014 Ford Econoline and 2014 Ford Transit Van, and finding that the said auctioneer and its employees and agents do not represent any interest adverse to the Debtor or the Trustee or Debtor's Estate in matters upon which they are about to be engaged, and that its employment is necessary and in the best interest of the Estate along with a public auction of Debtor's 2014 Ford Econoline and 2014 Ford Transit Van, it is ORDERED:

1. Trustee is authorized to retain Barry S. Slosberg, Inc. in accordance with the terms set forth in the Motion;

2. A public auction of the sale of Debtor's 2014 Ford Econoline and 2014 Ford Transit Van is authorized;

3. All funds available from the sale of Debtor's 2014 Ford Econoline and 2014 Ford Transit Van, other than what is necessary to pay off any lien, shall be forwarded to the Trustee; and

4. Any compensation and reimbursement of expenses for

Auctioneer may be paid from the Estate only after Court approval and in accordance with applicable Bankruptcy Law and Rules.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge

Dated: Jan. 23, 2025