**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Chapter 7 |
| Elite Emergency Services, LLC | Bankruptcy Number: 24-14370-amc |
| Debtor | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Citizens Bank, N.A., a creditor in interest in the above case, by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address/telephone number/ facsimile number/email address:

> Kristen Wetzel Ladd, Esquire
> Unruh, Turner, Burke & Frees
> P.O. Box 515
> West Chester, PA 19381-0515
> (610) 692-1371
> kladd@utbf.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Citizens Bank, N.A.'s (i) right to have final orders in non-core matters entered only after a de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Citizens Bank, N.A. is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted,

UNRUH, TURNER, BURKE & FREES, P.C.

Date: February 18, 2025      By: _____
Kristen Wetzel Ladd, Esquire
Attorney of Citizens Bank, N.A.,
P.O. Box 515
West Chester, PA 19381-0515
Attorney I.D. No. 208755
(610) 692-1371