# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 7 |
| Elite Emergency Services, LLC | : Bankruptcy Number: 24-14370-amc |
| Debtor | : |

## PRAECIPE TO WITHDRAW APPEARANCE

Please withdraw the appearance of Kristen Wetzel Ladd on behalf of the United States Trustee for Region 3 filing number twenty-five (#25) filed in error.

UNRUH, TURNER, BURKE & FREES, P.C.

Date: February 18, 2025        By: *(signature)*

Kristen Wetzel Ladd, Esquire
Attorney of Citizens Bank, N.A.,
P.O. Box 515
West Chester, PA 19381-0515
Attorney I.D. No. 208755
(610) 692-1371