UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Elite Emergency Services, LLC | : | Bankruptcy Number: 24-14370-amc |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, this _____ day of _____, 2025 upon consideration of Movant Citizens Bank, N.A.'s Motion to Redact filed March 3, 2025, Creditor's Proof of Claim filed with the proof-of-claim number 4-1 on February 18, 2025, containing personal data identifier, it is hereby ORDERED as follows:

1. Movant's Motion to Redact filed March 3, 2025 is GRANTED;

2. The proposed redacted document attached to the Motion shall replace the document as originally filed; and

3. The clerk of the court is directed to restrict public access to the document as originally filed, whether electronically or manually, until such replacement is complete.

BY THE COURT:

Date: March 7, 2025

_____
THE HONORABLE ASHELY M. CHAN