United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14370-amc |
| Elite Emergency Services, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 07, 2025 | Form ID: pdf900 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Elite Emergency Services, LLC, 8362 State Rd Ste E, Philadelphia, PA 19136-2932 |
| cr | Citizens Bank, N.A., 8362 STATE RD, Short Hills, NJ 07078 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DEAN E. WEISGOLD | on behalf of Interested Party c/o Dean Weisgold E Capitol Adjustment, LLC dean@weisgoldlaw.com, 2rainman@comcast.net |
| KRISTEN WETZEL LADD | on behalf of Creditor Citizens Bank N.A. kladd@utbf.com, mselby@utbf.com |
| MICHAEL A. CIBIK | on behalf of Debtor Elite Emergency Services LLC help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Elite Emergency Services, LLC | : | Bankruptcy Number: 24-14370-amc |
| | : | |
| Debtor | : | |
| | : | |

### ORDER

AND NOW, this _____ day of _____, 2025 upon consideration of Movant Citizens Bank, N.A.'s Motion to Redact filed March 3, 2025, Creditor's Proof of Claim filed with the proof-of-claim number 4-1 on February 18, 2025, containing personal data identifier, it is hereby ORDERED as follows:

1. Movant's Motion to Redact filed March 3, 2025 is GRANTED;

2. The proposed redacted document attached to the Motion shall replace the document as originally filed; and

3. The clerk of the court is directed to restrict public access to the document as originally filed, whether electronically or manually, until such replacement is complete.

BY THE COURT:

**Date: March 7, 2025**

_____
THE HONORABLE ASHELY M. CHAN