IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| ELITE EMERGENCY SERVICES, LLC | : | |
| | : | |
| Debtor | : | Bankruptcy No. 24-14370 |

## TRUSTEE'S REPORT OF SALE OF ASSETS OF THE ESTATE

AND NOW, COMES ROBERT H. HOLBER, TRUSTEE and renders the following Report of sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1. ROBERT H. HOLBER, TRUSTEE of the Chapter 7 estate has received some sale funds from sale of property of the estate being a 2014 Ford Econoline E-350 and 2017 Ford Transit Van.

2. Property of which the debtor had an interest was sold on March 10, 2025.. Attached hereto, made a part hereof, marked as Exhibit "A" is a true and correct copy of information as to the sale.

3. The gross sale proceeds were: $10,500.00.

4. The Trustee received proceeds of $10,500 which have been placed into a Trustee account for the Bankruptcy Estate.

Dated: 3/31/25

Chapter 7 Trustee
Robert H. Holber, Esquire
41 East Front Street
Media, PA 19063
Phone: 610-565-5463