**Barry S Slosberg, Inc.**
3455 Edgemont Street
Philadelphia PA 19134
Phone: 215-425-7030  Fax: 215-425-7039
Email: info@bssauction.com

**PAID IN FULL**

| Invoice #: | 59377 |
|---|---|
| Date: | 3/10/2025 9:42:41 |
| Page: | 1 |

**SOLD TO:**
# 202
Joseph Nicholas Burgess
403 Central Ave
Croydon, PA 19021
Phone: 267-322-0387

| Lot# | DESCRIPTION | QUANTITY UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 2 | 7463 - 2014 Ford Econoline E-350 Super Duty 2014 Ford Econoline E-350 Super Duty box truck, white. VIN No. 1FDWE3FL5EDA77425; miles 216,018. Terms: $3,000 per vehicle cash / certified funds deposit, balance due in 24 hours, 20% BP. Sold AS-IS. Purchaser takes full responsibility in transfer, registration and insurance. Auctioneer and Trustee are "Held Harmless". | 1 x 3,000.00 | 3,000.00 T |

|  |  |
|---|---|
| Total Quantity: | 1.00 |
| Total Extended Price: | 3,000.00 |
| 20% Buyer's Premium: | 600.00 |
| Tax1 Default: | 0.00 |
| Invoice Total: | $3,600.00 |
| Cash  -  3/10/2025  - | 600.00 |
| Cash  -  3/9/2025  - | 3,000.00 |
| Remaining Invoice Balance: | $0.00 |

MERCHANDISE IS SOLD AS IS, WHERE IS, WITH NO WARANTEES OR GUARANTEES. ALL DESCRIPTIONS ARE TO THE BEST OF OUR KNOWLEDGE. AUCTION DAY ANNOUNCEMENTS TAKE PRECEDENCE. ALL SALES ARE FINAL.

*Paid in Full* [signature]

**EXHIBIT A**

**Barry S Slosberg, Inc.**
3455 Edgemont Street
Philadelphia PA 19134
Phone: 215-425-7030  Fax: 215-425-7039
Email: info@bssauction.com

**PAID IN FULL**

| Invoice #: | 59380 |
|---|---|
| Date: | 3/10/2025 11:57:11 |
| Page: | 1 |

**SOLD TO:**
# 202
Joseph Nicholas Burgess
403 Central Ave
Croydon, PA 19021
Phone: 267-322-0387

| Lot# | DESCRIPTION | QUANTITY UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1 | 7463 - 2017 Ford Transit Van<br>2017 Ford Transit Van; 250 Van medium roof w/s; white. VIN No. 1FTYR2CM5HKB15325; miles 90868. Terms: $3,000 per vehicle cash / certified funds deposit, balance due in 24 hours, 20% BP. Sold AS IS. Purchaser takes full responsibility in transfer, registration and insurance. Auctioneer and Trustee are "Held Harmless". | 1 x 5,750.00 | 5,750.00 T |

| | |
|---|---|
| Total Quantity: | 1.00 |
| Total Extended Price: | 5,750.00 |
| 20% Buyer's Premium: | 1,150.00 |
| Tax1 Default: | 0.00 |
| Invoice Total: | $6,900.00 |
| Cash  -  3/10/2025  - | 2,900.00 |
| Cash  -  3/10/2025  - | 3,000.00 |
| Check  -  3/10/2025  - | 1,000.00 |
| Remaining Invoice Balance: | $0.00 |

MERCHANDISE IS SOLD AS IS, WHERE IS, WITH NO WARANTEES OR GUARANTES. ALL DESCRIPTIONS ARE TO THE BEST OF OUR KNOWLEDGE. AUCTION DAY ANNOUNCEMENTS TAKE PRECEDENCE. ALL SALES ARE FINAL.

*PAID IN FULL* [signature]