IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ELITE EMERGENCY SERVICES, LLC | : CHAPTER 7 |
| | : |
| Debtor | : |
| | : Bank. No. 24-14370-AMC |

FIRST INTERIM APPLICATION OF BARRY S. SLOSBERG, INC. FOR
COMPENSATION FOR SERVICES RENDERED AS AUCTIONEER FOR THE
CHAPTER 7 TRUSTEE

Robert H. Holber, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Elite Emergency Services, LLC (the "Debtor"), hereby files this First Interim Application for Compensation as Auctioneer, (the "Slosberg Application"), and respectfully represents as follows:

1. On December 6, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Chapter 7 Case").

2. Thereafter, Robert H. Holber was duly appointed as Chapter 7 Trustee of the Debtor's bankruptcy case.

3. On January 7, 2025, the Trustee filed the Application to Employ Barry S. Slosberg, Inc. as Auctioneer (" Auctioneer") pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014. The Application was approved by the Court on January 23, 2025. The Auctioneer was employed to auction Debtor's 2014 Ford Econoline and 2014 Ford Transit Van.

4. Auctioneer advertized the Auction, paid storage fees, paid PPA ticket, developed a mailing list and direct mailer, has both vehicles detailed, title retrieval, paid labor to have vehicles transported, Booster charges. Attached hereto and made a part hereof, marked as Exhibit "A", is a true and correct copy of an invoice, totaling One Thousand One Hundred Sixty Seven Dollars ($1,167.00) with supporting documents.

5. The auction was held on March 10, 2025 and the vehicles sold for a Bid Price of $8,750.00 plus a ten percent (10%) buyers premium in the amount of amount of One Thousand Seven Hundred Fifty Dollars ($1,750.00) for a total for the bankruptcy estate of Ten Thousand Five Hundred Dollars ($10,500.00).

7. The Trustee received, from Auctioneer, the sum of Ten

Thousand Five Hundred Dollars. This represents the sales proceeds of Eight Thousand Seven Hundred Fifty Dollars ($8,750.00) plus the buyers premium of One Thousand Seven hundred Fifty Dollars ($1,750.00).

8. The Trustee hereby requests authority to pay Barry S. Slosberg, Inc. compensation in the amount of One Thousand Fifty Dollars ($1,050.00) . This represents ten percent (10%) of the gross sales price including the One Thousand Fifty Dollar ($1,050.00) premium.

9. The Trustee hereby requests authority to pay Barry S. Slosberg, Inc. expenses in the amount of One Thousand One Hundred Sixty Seven Dollars ($1,167.00).

WHEREFORE, the Trustee respectfully requests the Court to enter the accompanying Order authorizing the Trustee to compensate Barry S. Slosberg, Inc.:

A. For compensation in the amount of One Thousand Fifty Dollars ($1,050.00); and

B. For expenses in the amount of One Thousand One Hundred Sixty Seven Dollars($1,167.00).

_____
Robert H. Holber, Esquire
41 E. Front Street
Media, Pa 19063
610-565-5463
Rholber@holber.com

Chapter 7 Bankruptcy Trustee