IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELITE EMERGENCY SERVICES, LLC         :    CHAPTER 7
                                             :
                        Debtor               :
                                             :    Bank. No. 24-14370-AMC

### NOTICE OF FIRST INTERIM APPLICATION OF BARRY S. SLOSBERG, INC. FOR COMPENSATION FOR SERVICES RENDERED AS AUCTIONEER FOR THE CHAPTER 7 TRUSTEE

TO THE DEBTOR, CREDITORS AND PARTIES IN INTEREST, NOTICE IS HEREBY GIVEN:

    1.   The Trustee has filed an application authorizing the Trustee to pay Barry S. Slosberg, Inc., Auctioneer for fees in the amount of $1,050.00 and expenses in the amount of $1,167.00.

    2.   The Debtor, any creditor or party-in-interest may file an answer, objection or other responsive pleading or request a hearing, stating the reasons why a hearing is necessary, with the Clerk of the United States Bankruptcy Court, Office of the Clerk, 900 Market Street, Suite 400, Philadelphia, PA 19107  and serve a copy upon the Trustee, whose address appears below, on or before twenty-one (21) days after receiving this notice.

    3.   If no objection is filed and served in the manner set forth in paragraph 2 above, the trustee will file a certification of No objection, in which event the Court may, upon consideration of the record and without hearing, enter an Order granting the Application.

    4.   If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the Trustee listed below.

_____
Robert H. Holber, Esq.
41 East Front Street
Media, Pennsylvania 19063
(610) 565-5463
rholber@holber.com

Chapter 7 Bankruptcy Trustee

DATE: 3/31/25