IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELITE EMERGENCY SERVICES, LLC  :  CHAPTER 7
                        Debtor  :
                                                  :  Bank. No. 24-14370-AMC

ORDER GRANTING FIRST INTERIM APPLICATION OF BARRY S. SLOSBERG, INC. FOR COMPENSATION FOR SERVICES RENDERED AS AUCTIONEER FOR THE <u>CHAPTER 7 TRUSTEE</u>

AND NOW, this _____ day of _____, 2025, upon consideration of the First Interim Application to Pay Auctioneer Fees and Expenses, and after notice and opportunity for hearing, it is

ORDERED that Robert H. Holber, Chapter 7 Trustee, is hereby allowed to pay Barry S. Slosberg, Inc., auctioneer for the Trustee, compensation in the amount of $1,050.00 and expenses in the amount of $1,167.00.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge