IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ELITE EMERGENCY SERVICES, LLC | : CHAPTER 7 |
| | : |
| Debtor | : |
| | : Bank. No. 24-14370-AMC |

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Chapter 7 Trustee, hereby certify that I had served a copy of the Notice of Filing First Interim Application of Barry S. Slosberg, Inc. For Compensation for Services Rendered as Auctioneer for the Chapter 7 Trustee, upon the Office of the U.S. Trustee, Counsel for Debtor, Michael A. Cibik, Esquire, and all creditor's and parties in interest by U.S. Mail, first class, postage pre-paid U.S. Mail and/or electronic means on March 31, 2025.

Date: 3/31/25

ROBERT H. HOLBER, ESQUIRE
41 E. Front Street
Media, PA    19063
(610) 565-5463
rholber@holber.com

Chapter 7 Bankruptcy Trustee