

# BARRY S. SLOSBERG INC

## AUCTIONEERS/APPRAISERS

*3455 Edgemont Street / Philadelphia, PA 19134 / 215-425-7030 / Fax: 215-425-7039*

Elite Emergency Services, LLC
Bankruptcy #24-14370
Auction 2-26-2025

| | |
|---|---|
| I. Sales 5750 + 3000 | $8,750.00 |
| II. Buyer's Premium 10% | 1,750.00 |
| III. Total Sales | $10,500.00 |

### Amount Due Auctioneer

| | |
|---|---|
| I. Commission (10% of gross) | $1,050.00 |
| II. Labor and Advertising | 1,167.00 |
| III. Total Due Auctioneer | $2,217.00 |

# EXHIBIT A




*Member:*
*American Society of Appraisers / National Auctioneers Association*
*Website: www.bssauction.com    E-Mail: info@bssauction.com*

# BSS BARRY S. SLOSBERG INC

## AUCTIONEERS/APPRAISERS

*3455 Edgemont Street / Philadelphia, PA 19134 / 215-425-7030 / Fax: 215-425-7039*

Elite Emergency Services, LLC
Bankruptcy #24-14370
Auction 2-26-2025

Labor and Advertising Expenses

| | | |
|---|---|---|
| 1. | Prorated Philadelphia Newspaper ads. | $193.95 |
| 2. | Email blast, website, photography, Auction Zip, Social Media, Auction Platforms, etc. | 180.00 |
| 3. | Booster charges, title retrieval, transport labor for two men / two vehicles, etc. | 350.00 |
| 4. | Storage fees. | 200.00 |
| 5. | PPA ticket | 54.50 |
| 6. | Mailing list development and direct mailer. | 98.55 |
| 7. | Detailing 2 x 45.00 | 90.00 |
| | Total Labor and Advertising (approved budget, 1,000 per vehicle). | $1,167.00 |




*Member:*
*American Society of Appraisers / National Auctioneers Association*
*Website: www.bssauction.com    E-Mail: info@bssauction.com*

**Barry S Slosberg, Inc.**
3455 Edgemont Street
Philadelphia PA 19134
Phone: 215-425-7030   Fax: 215-425-7039
Email: info@bssauction.com

**PAID IN FULL**

| Invoice #: | 59377 |
|---|---|
| Date: | 3/10/2025 9:42:41 |
| Page: | 1 |

# 202

**SOLD TO:**
Joseph Nicholas Burgess
403 Central Ave
Croydon, PA 19021
Phone: 267-322-0387

| Lot# | DESCRIPTION | QUANTITY UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 2 | 7463 - 2014 Ford Econoline E-350 Super Duty<br>2014 Ford Econoline E-350 Super Duty box truck, white. VIN No. 1FDWE3FL5EDA77425; miles 216,018. Terms: $3,000 per vehicle cash / certified funds deposit, balance due in 24 hours, 20% BP. Sold AS IS. Purchaser takes full responsibility in transfer, registration and insurance. Auctioneer and Trustee are "Held Harmless". | 1 x 3,000.00 | 3,000.00 T |

|  |  |
|---|---|
| Total Quantity: | 1.00 |
| Total Extended Price: | 3,000.00 |
| 20% Buyer's Premium: | 600.00 |
| Tax1 Default: | 0.00 |
| Invoice Total: | $3,600.00 |
| Cash  -  3/10/2025  - | 600.00 |
| Cash  -  3/9/2025  - | 3,000.00 |
| Remaining Invoice Balance: | $0.00 |

MERCHANDISE IS SOLD AS IS, WHERE IS, WITH NO WARANTEES OR GUARANTEES. ALL DESCRIPTIONS ARE TO THE BEST OF OUR KNOWLEDGE. AUCTION DAY ANNOUNCEMENTS TAKE PRECEDENCE. ALL SALES ARE FINAL.

*PAID IN FULL* [signature]

**Barry S Slosberg, Inc.**
3455 Edgemont Street
Philadelphia PA 19134
Phone: 215-425-7030  Fax: 215-425-7039
Email: info@bssauction.com

**PAID IN FULL**

| Invoice #: | 59380 |
|---|---|
| Date: | 3/10/2025 11:57:11 |
| Page: | 1 |

**SOLD TO:**
# 202
Joseph Nicholas Burgess
403 Central Ave
Croydon, PA 19021
Phone: 267-322-0387

| Lot# | DESCRIPTION | QUANTITY UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1 | 7463 - 2017 Ford Transit Van<br>2017 Ford Transit Van; 250 Van medium roof w/s; white. VIN No. 1FTYR2CM5HKB15325; miles 90868. Terms: $3,000 per vehicle cash / certified funds deposit, balance due in 24 hours, 20% BP. Sold AS IS. Purchaser takes full responsibility in transfer, registration and insurance. Auctioneer and Trustee are "Held Harmless". | 1 x 5,750.00 | 5,750.00 T |

| | |
|---|---|
| Total Quantity: | 1.00 |
| Total Extended Price: | 5,750.00 |
| 20% Buyer's Premium: | 1,150.00 |
| Tax1  Default: | 0.00 |
| Invoice Total: | $6,900.00 |
| Cash  -  3/10/2025  - | 2,900.00 |
| Cash  -  3/10/2025  - | 3,000.00 |
| Check  -  3/10/2025  - | 1,000.00 |
| Remaining Invoice Balance: | $0.00 |

MERCHANDISE IS SOLD AS IS, WHERE IS, WITH NO WARANTEES OR GUARANTEES. ALL DESCRIPTIONS ARE TO THE BEST OF OUR KNOWLEDGE. AUCTION DAY ANNOUNCEMENTS TAKE PRECEDENCE. ALL SALES ARE FINAL.

*PAID IN FULL* [signature]