IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : CHAPTER 7
                                          :
    ELITE EMERGENCY SERVICES, LLC     :
                                          :
                                          :
        Debtor                        : Bankruptcy No. 24-14370- AMC

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. The Notice of Filing First Interim Application of Barry S. Slosberg, Inc for Compensation for Services Rendered as Auctioneer for the chapter 7 Trustee was served upon the Office of the U.S. Trustee, Debtor's Counsel, Michael A. Cibik, Esquire, and all creditor's and interested parties by U.S. Mail, first class, postage prepaid and/or electronic means on March 31, 2025.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 4/22/25

Robert H. Holber, Esquire
Chapter 7 Trustee
41 East Front Street
Media, PA   19063
(610) 565-5463