IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELITE EMERGENCY SERVICES, LLC  : CHAPTER 7
:
           Debtor  :
: Bank. No. 24-14370-AMC

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, Chapter 7 Trustee, certify that on September 22, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. Trustee's Motion to Approve Settlement Agreement Resolving Trustee's Avoidance Claim Against Elizabeth Boucher and Troy Flucker

2. Proposed Order

3. Notice of Motion, Response Deadline, and Hearing Date

4. Certification of Service

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 9/22/25

Robert H. Holber, Esquire
Chapter 7 Trustee
LAW OFFICE OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, Pa 19063
(P) 610-565-5463
Rholber@holber.com

**Mailing List Exhibit:**

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Via: ☒CM/ECF  ☐1st Class Mail  ☐Certified Mail  ☐Other:


Michael A. Cibik, Esquire
CIBIK Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Via:  ☒CM/ECF  ☐1st Class Mail  ☐Certified Mail  ☐Other:

All Creditors Listed on Debtors Matrix or Who Have Filed a Proof of Claim and/or Who Have Requested Notice (SEE ATTACHED MATRIX)
Via:  ☐CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐Other:

Case 24-14370-amc    Doc 41-1    Filed 09/22/25    Entered 09/22/25 16:21:10    Desc
Certification of Service    Page 3 of 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 24-14370-amc<br>Eastern District of Pennsylvania<br>Philadelphia<br>Mon Sep 22 15:01:33 EDT 2025 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Citizens Bank, N.A.<br>8362 STATE RD<br>Short Hills, NJ 07078 |
| Elite Emergency Services, LLC<br>8362 State Rd Ste E<br>Philadelphia, PA 19136-2932 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | Albert and Stephanie Abel<br>1313 N 26th Street<br>Philadelphia, PA 19121-4603 |
| Ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capitol Adjustment, LLC<br>c/o Dean E. Weisgold Esquire<br>1835 Market Street, Suite 1215<br>Philadelphia, PA 19103-2912 |
| (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Citizens Bank, N.A.<br>c/o Kristen Wetzel Ladd, Esquire<br>Unruh, Turner, Burke & Frees<br>P.O. Box 515<br>West Chester, PA 19381-0515 | City of Philadelphia<br>Parking Violation Branch<br>PO Box 41819<br>Philadelphia, PA 19101-1819 |
| (p)CITY OF PHILADELPHIA LAW DEPARTMENT<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 | Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210 | Philadelphia Municipal Court<br>Traffic Division<br>800 Spring Garden St<br>Philadelphia, PA 19123-2616 |
| Philadelphia Parking Authority<br>Bankruptcy Department<br>701 Market St<br>Philadelphia, PA 19106-1538 | U.S. Attorney, Eastern District of Pa.<br>615 Chestnut St Ste 1250<br>Philadelphia, PA 19106-4404 | U.S. Department of Justice<br>Attorney General<br>PO Box 683<br>Washington, DC 20044-0683 |
| United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107-4202 | Vincent N. Melchiorre<br>1518 Walnut Street Suite 906<br>Philadelphia, PA 19102-3405 | Barry B Slosberg<br>Alan B. LeCoff<br>3455 Edgemont Street<br>Philadelphia, PA 19134 |
| MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102-3518 | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063-2911 | c/o Dean Weisgold, E Capitol Adjustment, LLC<br>1835 Market Street<br>Suite 1215<br>Philadelphia, PA 19103-2912 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citizens Bank N.A.
1 Citizens Bank Way
JCA115
Johnston, RI 02919-1922

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

(d)City of Philadelphia Law Department
Tax Litigation & Collections Unit
Bankruptcy Division, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26