UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Elite Emergency Services, LLC            Chapter 7
                                                           Case No. 24-14370-AMC

    Debtor

_____

**NOTICE OF APPEARANCE**

      Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, Ally Bank, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: October 1, 2025

                                                                                Respectfully Submitted,

                                                                                */s/Eliza Garifullina*_____
                                                                                Eliza Garifullina, Esq. PA 336983
                                                                                Michele M. Bradford, Esq. PA 69849
                                                                                Elizabeth Trachtman, Esq. PA 333427
                                                                                Orlans Law Group PLLC
                                                                                Attorney for Ally Bank
                                                                                200 Eagle Road, Bldg 2, Suite 120
                                                                                Wayne, PA 19087
                                                                                (484) 367-4191
                                                                                Email: egarifullina@orlans.com
                                                                                mbradford@orlans.com
                                                                                etrachtman@orlans.com
                                                                                File Number: 25-012928