UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE: | |
| ELITE EMERGENCY SERVICES, LLC | Chapter 7<br>Case No. 24-14370-AMC |
| Debtor | |
| ALLY BANK | |
| Movant | |
| v. | |
| ELITE EMERGENCY SERVICES, LLC<br>(Debtor) | |
| ROBERT H. HOLBER<br>(Trustee) | |
| Respondents | |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND FOR ENTRY OF ORDER WAIVING THE PROVISION OF FED. R. BANKR. P. 4001(a)(4)

NOW COMES Ally Bank, a secured creditor in the above-captioned bankruptcy case, by its counsel, Orlans Law Group PLLC, as and for a motion pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001(a)(4), seeking an Order granting relief from the Automatic Stay in order to obtain possession and dispose of its collateral, namely one 2019 Ford F-150 and states the following as grounds therefore:

1.      This Court has jurisdiction over this matter under 28 U.S.C. §§ 1334(b) and § 157(a) and 11 U.S.C. § 362(d).  Upon information and belief, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2.      On December 6, 2024, the Debtor, above-named, filed a voluntary petition under Chapter

7 of the United States Bankruptcy Code.

3.      Ally Bank (the "Creditor") is a secured creditor and the holder of a duly perfected

security interest in one (1) 2019 Ford F-150 VIN No. 1FTEW1EP4KFB32369 (the

"Vehicle") pursuant to a Retail Installment Sale Contract Simple Finance Charge (the

"Contract"), a retail installment contract between the Debtor and John Kennedy

Ford/Mazda (the "Seller"), entered into on February 8, 2023, whereby the Debtor agreed

to pay a total of $48,376.80 in 72 monthly payments of $671.90 each in connection with

the purchase of the Vehicle.  True and correct redacted versions of the Contract and Proof

of Lien Perfection are attached as Exhibits "A" and "B", respectively.

4.      Pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the Court shall

grant relief from the automatic stay for cause, including lack of adequate protection of an

interest in property of such party in interest.

5.      As of September 24, 2025, the net total balance due on the obligation to Creditor was

$31,860.03.

6.      As of September 24, 2025, the Debtor is in default of the payment obligations to the

Creditor pursuant to the terms and conditions of the Contract in the amount of $7,575.33,

which includes repossession fees of $260.00, other charges of $582.89, and a late charge

of $13.44.

7.      That Creditor has ascertained that the wholesale value of the Vehicle is $25,800.00 based

on JD Power Official Used Car Guide's estimated value of the Vehicle.  A copy of the JD

Power Official Used Car Guide for valuation of the Vehicle is attached hereto as Exhibit

"C".

8.      Upon information and belief, there is no other encumbrance affecting the Vehicle, and

there is no other collateral securing the indebtedness.

9.      Upon information and belief, the Vehicle was repossessed 07/11/2025.

10.     It is respectfully asserted that the Creditor's interest in the Vehicle will not be adequately

protected if the automatic stay is allowed to remain in effect.

11.     Accordingly, sufficient cause exists to grant the Creditor relief from the automatic stay.

WHEREFORE, the Creditor, Ally Bank, respectfully requests that the Court issue an

Order, pursuant to 11 U.S.C. §362(d), either:

a.  Granting the Creditor relief from the automatic stay in order to obtain possession and

dispose of the Vehicle, the entry of which order shall be effective immediately upon

entry, notwithstanding the provisions of FRBP 4001(a)(4); and

b.  For such other and further relief as the Court may deem just and proper.

Date: October 9, 2025

Respectfully Submitted,

*/s/Eliza Garifullina*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Elizabeth Trachtman, Esq. PA 333427
Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
etrachtman@orlans.com
File Number: 25-012928