UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>ELITE EMERGENCY SERVICES, LLC<br><br>    Debtor | Chapter 7<br>Case No. 24-14370-AMC |
| ALLY BANK<br><br>    Movant<br><br>v.<br><br>ELITE EMERGENCY SERVICES, LLC<br>    (Debtor)<br><br>ROBERT H. HOLBER<br>    (Trustee)<br><br>    Respondents | |

## **CERTIFICATE OF SERVICE**

    I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on October 9, 2025, I caused to be served a copy of Motion For Relief From The Automatic Stay, Notice of Motion, Proposed Order, and Exhibits on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: October 9, 2025

    Respectfully Submitted,

    */s/Eliza Garifullina*_____
    Eliza Garifullina, Esq. PA 336983
    Michele M. Bradford, Esq. PA 69849
    Elizabeth Trachtman, Esq. PA 333427
    Orlans Law Group PLLC
    Attorney for Ally Bank
    200 Eagle Road, Bldg 2, Suite 120
    Wayne, PA 19087
    (484) 367-4191
    Email: egarifullina@orlans.com
    mbradford@orlans.com
    etrachtman@orlans.com
    File Number: 25-012928

<u>VIA US MAIL</u>

Elite Emergency Services, LLC, Debtor
8362 State Rd Ste E
Philadelphia, PA 19136

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Robert H. Holber Esq., Chapter 7 Trustee