UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>ELITE EMERGENCY SERVICES, LLC<br><br>    Debtor | Chapter 7<br>Case No. 24-14370-AMC |
| ALLY BANK<br><br>    Movant<br><br>v.<br><br>ELITE EMERGENCY SERVICES, LLC<br>    (Debtor)<br><br>ROBERT H. HOLBER<br>    (Trustee)<br><br>    Respondents | Doc. No. 43 |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, I have received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay (the "Motion"), filed on October 9, 2025 (Docket No.43) by Ally Bank, and hereby respectfully request that the Order attached to the Motion be entered by the Court.

Date: October 24, 2025

                                              Respectfully Submitted,

                                              */s/Eliza Garifullina*_____
                                              Eliza Garifullina, Esq. PA 336983
                                              Michele M. Bradford, Esq. PA 69849
                                              Orlans Law Group PLLC
                                              Attorney for Ally Bank
                                              200 Eagle Road, Bldg 2, Suite 120
                                              Wayne, PA 19087
                                              (484) 367-4191
                                              Email: egarifullina@orlans.com
                                              mbradford@orlans.com
                                              File Number: 25-012928