UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>ELITE EMERGENCY SERVICES, LLC<br><br>Debtor | Chapter 7<br>Case No. 24-14370-AMC |
| ALLY BANK<br><br>Movant<br><br>v.<br><br>ELITE EMERGENCY SERVICES, LLC<br>(Debtor)<br><br>ROBERT H. HOLBER<br>(Trustee)<br><br>Respondents | |

## CERTIFICATE OF SERVICE

I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on October 24, 2025, I caused to be served a copy of Certificate of No Response on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: October 24, 2025

                                        Respectfully Submitted,

                                        */s/Eliza Garifullina*
                                        Eliza Garifullina, Esq. PA 336983
                                        Michele M. Bradford, Esq. PA 69849
                                        Orlans Law Group PLLC
                                        Attorney for Ally Bank
                                        200 Eagle Road, Bldg 2, Suite 120
                                        Wayne, PA 19087
                                        (484) 367-4191
                                        Email: egarifullina@orlans.com

mbradford@orlans.com
File Number: 25-012928

<u>VIA US MAIL</u>

Elite Emergency Services, LLC, Debtor
8362 State Rd Ste E
Philadelphia, PA 19136

<u>VIA ECF</u>

Michael A. Cibik, Esq., on behalf of Debtor

Robert H. Holber Esq., Chapter 7 Trustee