IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

ELITE EMERGENCY SERVICES, LLC :

Debtor : Bankruptcy No. 24-14370- AMC

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. The Notice of Filing Trustee's Motion to Approve Settlement Agreement Resolving Trustee's Avoidance Claim Against Elizabeth Boucher and Troy Flucker, was served upon the Office of the U.S. Trustee, Debtor's Counsel, Michael A. Cibik, Esquire, and all creditor's listed on Debtor Matrix or who have filed a Proof of Claim and/or who have requested Notice by U.S. Mail, first class, postage prepaid and/or electronic means on September 22, 2025.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 10/28/25

Robert H. Holber, Esquire
Chapter 7 Trustee
41 East Front Street
Media, PA   19063
(610) 565-5463
rholber@holber.com