IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELITE EMERGENCY SERVICES, LLC  :  CHAPTER 7
:
              Debtor  :
:  Bank. No. 24-14370-AMC

## ORDER

Upon consideration of the Chapter 7 Trustee's Motion ("Motion") for an Order pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 approving the Settlement Agreement Resolving the Trustee's Avoidance Claim against Elizabeth Boucher and Troy Fluck; and the Court having reviewed the Motion; it appearing to the Court that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT the Motion is GRANTED. The Trustee shall be, and hereby is, authorized to enter into and perform his obligations under the Agreement. The Agreement and the terms are set forth therein shall be, and hereby are, APPROVED.

Dated:

**Date: October 30, 2025**

_____
Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE