## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                         :Chapter 7
                                               :
ELITE EMERGENCY SERVICES, LLC                  :
                                               :
                                               :
                  Debtor                       :BANKRUPTCY NO.  24-14370- AMC

## ORDER OF DISTRIBUTION

    **AND NOW,** this           day of                          2025 , the Trustee

Robert H. Holber, is hereby ordered and directed to (i) distribute to the parties in

interest listed in the Trustee's Proposed Distribution, estate monies in the amount indicated in

such Distribution, within (10) days after the appeal period for this order expires, and (ii) transmit

to the United States Trustee, within one hundred and twenty five (125) days after the appeal

period for this order expires, statements for all estate deposit or investment accounts indicating

zero balances and all cancelled checks corresponding to disbursements of estate funds as shown

in the Trustee's Final Report.


                                                 _____

                                                 Ashely M. Chan
                                                 United States Bankruptcy Judge

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 24-14370
Case Name: Elite Emergency Services, Llc
Trustee Name: Robert  H. Holber

Balance on hand                                          $              48,169.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Citizens Bank N.A. | $        55,524.62 | $        55,524.62 | $         0.00 | $         0.00 |

Total to be paid to secured creditors          $              0.00

Remaining Balance                                       $         48,169.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert H. Holber | $        5,775.00 | $         0.00 | $        5,775.00 |
| Trustee Expenses: Robert H. Holber | $          284.57 | $         0.00 | $          284.57 |

Total to be paid for chapter 7 administrative expenses          $         6,059.57

Remaining Balance                                       $         42,109.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors   $_____0.00

Remaining Balance   $_____42,109.80

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $82,499.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Albert And Stephanie Abel | $ 82,499.43 | $ 0.00 | $ 42,109.80 |
| 2 | City Of Philadelphia Law Department | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $_____42,109.80

Remaining Balance   $_____0.00

  Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE