IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | :Chapter 7 |
| | : |
| ELITE EMERGENCY SERVICES, LLC | : |
| | : |
| | : |
| Debtor | :BANKRUPTCY NO.  24-14370- AMC |

**ORDER APPROVING TRUSTEE'S FINAL REPORT**

AND NOW, this _____ day of _____ 2025 upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

_____
Ashely M. Chan, Judge