UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    : CHAPTER 7
ELITE EMERGENCY SERVICES, LLC       :
                                    :
                                    :
                                    :
         Debtor                     :
                                    : BANKRUPTCY NO.: 24-14370 - AMC

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, certify that on February 9, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) along with Proposed Distribution

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 2/9/26

Robert H. Holber, Esquire
Attorney ID: 51962
LAW OFFICE OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, Pa 19063
(P) 610-565-5463
Rholber@holber.com

**Mailing List Exhibit:**

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Via: ☒CM/ECF  ☐1st Class Mail  ☐Certified Mail  ☐Other:


Michael A. Cibik, Esquire
CIBIK LAW, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Via: ☒CM/ECF  ☐1st Class Mail  ☐Certified Mail  ☐Other:

All Creditors Listed on Debtor's Matrix and All Creditors Who Filed Claims
Via: ☐CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐Other:

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 24-14370-amc<br>Eastern District of Pennsylvania<br>Philadelphia<br>Mon Feb  9 13:08:16 EST 2026 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Citizens Bank, N.A.<br>8362 STATE RD<br>Short Hills, NJ 07078 |
| Elite Emergency Services, LLC<br>8362 State Rd Ste E<br>Philadelphia, PA 19136-2932 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | Albert and Stephanie Abel<br>1313 N 26th Street<br>Philadelphia, PA 19121-4603 |
| Ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capitol Adjustment, LLC<br>c/o Dean E. Weisgold Esquire<br>1835 Market Street, Suite 1215<br>Philadelphia, PA 19103-2912 |
| (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Citizens Bank, N.A.<br>c/o Kristen Wetzel Ladd, Esquire<br>Unruh, Turner, Burke & Frees<br>P.O. Box 515<br>West Chester, PA   19381-0515 | City of Philadelphia<br>Parking Violation Branch<br>PO Box 41819<br>Philadelphia, PA 19101-1819 |
| (p)CITY OF PHILADELPHIA LAW DEPARTMENT<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 | Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210 | Philadelphia Municipal Court<br>Traffic Division<br>800 Spring Garden St<br>Philadelphia, PA 19123-2616 |
| Philadelphia Parking Authority<br>Bankruptcy Department<br>701 Market St<br>Philadelphia, PA 19106-1538 | U.S. Attorney, Eastern District of Pa.<br>615 Chestnut St Ste 1250<br>Philadelphia, PA 19106-4404 | U.S. Department of Justice<br>Attorney General<br>PO Box 683<br>Washington, DC 20044-0683 |
| United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107-4202 | Vincent N. Melchiorre<br>1518 Walnut Street Suite 906<br>Philadelphia, PA 19102-3405 | Barry B Slosberg<br>Alan B. LeCoff<br>3455 Edgemont Street<br>Philadelphia, PA 19134 |
| ELIZA GARIFULLINA<br>Orlans Law Group<br>200 Eagle Road<br>Suite 120<br>Wayne, PA 19087-3115 | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102-3518 | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063-2911 |
| c/o Dean Weisgold, E Capitol Adjustment, LLC<br>1835 Market Street<br>Suite 1215<br>Philadelphia, PA 19103-2912 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens Bank N.A.<br>1 Citizens Bank Way<br>JCA115<br>Johnston, RI 02919-1922 | City of Philadelphia<br>c/o City of Philadelphia<br>Municipal Services Building<br>1401 John F Kennedy Blvd Fl 5<br>Philadelphia, PA 19102-1617 | (d)City of Philadelphia Law Department<br>Tax Litigation & Collections Unit<br>Bankruptcy Division, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ally Bank

End of Label Matrix
Mailable recipients    27
Bypassed recipients    1
Total    28

# Eastern District of Pennsylvania
# Claims Register

### 24-14370-amc Elite Emergency Services, LLC

**Chief Judge:** Ashely M. Chan  **Chapter:** 7
**Office:** Philadelphia  **Last Date to file claims:** 04/07/2025
**Trustee:** ROBERT H. HOLBER  **Last Date to file (Govt):** 06/04/2025

---

*Creditor:* (14958263)
Albert and Stephanie Abel
1313 N 26th Street
Philadelphia, PA 19118

**Claim No: 1**
Original Filed Date: 01/07/2025
Original Entered Date: 01/07/2025

*Status:*
*Filed by:* CR
*Entered by:* Jeanette E. G.
*Modified:*

Amount claimed: $82499.43

*History:*
Details  1-1  01/07/2025 Claim #1 filed by Albert and Stephanie Abel, Amount claimed: $82499.43 (G., Jeanette)

*Description:*
*Remarks:* (1-1) Insurance Fraud

---

*Creditor:* (14967611)
City of Philadelphia Law Department
Tax Litigation & Collections Unit
Bankruptcy Division, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

**Claim No: 2**
Original Filed Date: 01/10/2025
Original Entered Date: 01/10/2025

*Status:*
*Filed by:* CR
*Entered by:* MEGAN N. HARPER
*Modified:*

No amounts claimed

*History:*
Details  2-1  01/10/2025 Claim #2 filed by City of Philadelphia Law Department, Amount claimed: (HARPER, MEGAN)

Description: (2-1) Unliquidated Claims
Remarks:

---

*Creditor:* (14958268)
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Claim No: 3**
Original Filed Date: 02/03/2025
Original Entered Date: 02/03/2025
Last Amendment Filed: 06/16/2025
Last Amendment Entered: 06/16/2025

*Status:*
*Filed by:* CR
*Entered by:* JOHN F LINDINGER
*Modified:*

*History:*
Details  3-1  02/03/2025 Claim #3 filed by Internal Revenue Service, Amount claimed: $3169.78 (LINDINGER, JOHN)
Details  3-2  02/06/2025 Amended Claim #3 filed by Internal Revenue Service, Amount claimed: $3389.70 (LINDINGER, JOHN)
Details  3-3  02/26/2025 Amended Claim #3 filed by Internal Revenue Service, Amount claimed: $2820.00 (LINDINGER, JOHN)
Details  3-4  06/16/2025 Amended Claim #3 filed by Internal Revenue Service, Amount claimed: $0.00 (LINDINGER, JOHN)

Description:
Remarks:

| Creditor: (14958265)<br>Citizens Bank N.A.<br>1 Citizens Bank Way<br>JCA115<br>Johnston, RI 02919-1922 | Claim No. 4<br>Original Filed Date: 02/18/2025<br>Original Entered Date: 02/18/2025 | Status:<br>Filed by: CR<br>Entered by: KRISTEN WETZEL LADD<br>Modified: |
|---|---|---|

Amount claimed: $55524.62
Secured claimed: $55524.62

History:

Details   4-1   02/18/2025 Claim #4 filed by Citizens Bank N.A., Amount claimed: $55524.62 (LADD, KRISTEN)

Description:
Remarks:

## Claims Register Summary

**Case Name:** Elite Emergency Services, LLC
**Case Number:** 24-14370-amc
**Chapter:** 7
**Date Filed:** 12/06/2024
**Total Number Of Claims:** 4

| Total Amount Claimed* | $138,024.05 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $55,524.62 | |
| Priority | $0.00 | |
| Administrative | | |
| Unassigned (unsecured) | $82,499.43 | $0.00 |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 02/09/2026 13:06:37 |||
| PACER Login: | Hs084120 | Client Code: |
| Description: | Claims Register | Search Criteria: | 24-14370-amc Filed or Entered From: 1/1/1990 Filed or Entered To: 2/9/2026 |
| Billable Pages: | 1 | Cost: | 0.10 |
| Exempt flag: | Exempt | Exempt reason: | Exempt Court Order |