UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  )
ELITE EMERGENCY SERVICES, LLC  ) Chapter 7
 )
 ) Case No. 24-14370-AMC
 )
 )
Debtor(s)  )

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 2026 upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $5,775.00 is reasonable compensation for the services in this case by ROBERT H. HOLBER TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $284.57 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
Ashely M. Chan
United States Bankruptcy Judge