# Compensation Worksheet

Case Number: 24-14370 AMC
Debtor: ELITE EMERGENCY SERVICES, LLC

### COMPUTATION OF COMPENSATION

Total disbursements, excluding payments to debtor and other non-compensable amounts, are: $50,500.00

Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Total Receipts |  | $50,500.00 |
|  |  | Non-compensable |  | $0.00 |
|  |  | Surplus to Debtor |  | $0.00 |
|  |  | Compensable Amount |  | $50,500.00 |
| Less |  | $50,500.00 | 25% of First $5,000.00 | $1,250.00 |
|  |  | $5,000.00 | ($1,250.00 Maximum) |  |
| Less | Balance | $45,500.00 | 10% of Next $45,000.00 | $4,500.00 |
|  |  | $45,000.00 | ($4,500.00 Maximum) |  |
| Less | Balance | $500.00 | 5% of Next $950,000.00 | $25.00 |
|  |  | $950,000.00 | ($47,500.00 Maximum) |  |
|  | Balance | $0.00 | 3% of Balance | $0.00 |

| | |
|---|---|
| **TOTAL COMPENSATION CALCULATED:** | $5,775.00 |
| Less Previously Paid Compensation | $0.00 |
| **TOTAL COMPENSATION REQUESTED:** | $5,775.00 |

| Description of Expense | | |
|---|---|---|
| AUTO TAG STORE (1 x 156.00) | $ | 156.00 |
| PHOTOCOPY (1 x 0.10) | $ | 0.20 |
| PHOTOCOPY (162 x 0.10) | $ | 16.20 |
| PHOTOCOPY (27 x 0.10) | $ | 5.40 |
| PHOTOCOPY (54 x 0.10) | $ | 5.40 |
| POSTAGE (1 x 0.78) | $ | 0.78 |
| POSTAGE (27 x 0.78) | $ | 63.18 |
| POSTAGE (4 x 0.78) | $ | 3.12 |
| POSTAGE (27 x 1.27) | $ | 34.29 |

| | |
|---|---|
| **TOTAL EXPENSES CALCULATED:** | $284.57 |
| Less Previously Paid Expenses | $0.00 |

| | |
|---|---:|
| **TOTAL EXPNSES REQUESTED:** | $284.57 |

DATED: 2/9/26

SIGNED: /s/ Robert H. Holber          TRUSTEE:    Robert H. Holber, Trustee
ROBERT H. HOLBER PC
41 EAST FRONT STREET
MEDIA, PA  19063