United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-14370-amc
Elite Emergency Services, LLC     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Feb 09, 2026     Form ID: pdf901     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Elite Emergency Services, LLC, 8362 State Rd Ste E, Philadelphia, PA 19136-2932 |
| NONE | | Barry B Slosberg, Alan B. LeCoff, 3455 Edgemont Street, Philadelphia, PA 19134 |
| cr | | Citizens Bank, N.A., 8362 STATE RD, Short Hills, NJ 07078 |
| intp | + | c/o Dean Weisgold, E Capitol Adjustment, LLC, 1835 Market Street, Suite 1215, Philadelphia, PA 19103-2912 |
| 14958263 | + | Albert and Stephanie Abel, 1313 N 26th Street, Philadelphia, PA 19121-4603 |
| 14968294 | + | Capitol Adjustment, LLC, c/o Dean E. Weisgold Esquire, 1835 Market Street, Suite 1215, Philadelphia, PA 19103-2912 |
| 14979503 | | Citizens Bank, N.A., c/o Kristen Wetzel Ladd, Esquire, Unruh, Turner, Burke & Frees, P.O. Box 515, West Chester, PA 19381-0515 |
| 14958269 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14958272 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14958275 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14958276 | + | Vincent N. Melchiorre, 1518 Walnut Street Suite 906, Philadelphia, PA 19102-3405 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2026 00:18:18 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14958264 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 10 2026 00:17:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14959075 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2026 00:18:08 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14958265 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 10 2026 00:17:00 | Citizens Bank N.A., 1 Citizens Bank Way, JCA115, Johnston, RI 02919-1922 |
| 14958266 | | Email/Text: megan.harper@phila.gov | Feb 10 2026 00:17:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14967611 | | Email/Text: megan.harper@phila.gov | Feb 10 2026 00:17:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14958267 | | Email/Text: bankruptcy@philapark.org | Feb 10 2026 00:17:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14958268 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2026 00:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14958270 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2026 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14958271 | ^ | MEBN | Feb 10 2026 00:13:38 | Pennsylvania Office of General Counsel, 333 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: pdf901 | Total Noticed: 23 |

| | | | |
|---|---|---|---|
| 14958273 | Email/Text: bankruptcy@philapark.org | Feb 10 2026 00:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| | | | Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14958274 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 10 2026 00:17:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DEAN E. WEISGOLD | on behalf of Interested Party c/o Dean Weisgold  E Capitol Adjustment, LLC dean@weisgoldlaw.com, 2rainman@comcast.net |
| ELIZA GARIFULLINA | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| ELIZA GARIFULLINA | on behalf of Debtor Elite Emergency Services  LLC ANHSOrlans@InfoEx.com |
| KRISTEN WETZEL LADD | on behalf of Creditor Citizens Bank  N.A. kladd@utbf.com, ddays@utbf.com |
| MICHAEL A. CIBIK | on behalf of Debtor Elite Emergency Services  LLC help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Barry B Slosberg trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| Elite Emergency Services, Llc | § | Case No. 24-14370 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ROBERT H. HOLBER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 PM on 04/08/2026 in Courtroom 4,
United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA  19107-4299

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/09/2026            By: Robert H. Holber
                                       Robert H. Holber, Trustee

*Robert H. Holber*
*41 E. Front Street*
*Media PA 19063*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re: §
§
Elite Emergency Services, Llc § Case No. 24-14370
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,500.00 |
| and approved disbursements of | $ | 2,330.63 |
| leaving a balance on hand of[1] | $ | 48,169.37 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Citizens Bank N.A. | $ 55,524.62 | $ 55,524.62 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 48,169.37 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert H. Holber | $ 5,775.00 | $ 0.00 | $ 5,775.00 |
| Trustee Expenses: Robert H. Holber | $ 284.57 | $ 0.00 | $ 284.57 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,059.57 |
| Remaining Balance | $ 42,109.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors        $           0.00
Remaining Balance                              $      42,109.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $82,499.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Albert And Stephanie Abel | $ 82,499.43 | $ 0.00 | $ 42,109.80 |
| 2 | City Of Philadelphia Law Department | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $      42,109.80
Remaining Balance                                          $           0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Robert H. Holber

Robert H. Holber, Trustee

*Robert H. Holber*
*41 E. Front Street*
*Media PA 19063*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*