# EXHIBIT "A"

**Archived:** Thursday, February 12, 2026 12:28:46 PM
**From:** Robert Holber
**Mail received time:** Fri, 28 Feb 2025 07:58:15
**Sent:** Fri, 28 Feb 2025 12:58:01
**To:** Kristen Ladd
**Subject:** RE: Elite Emergency Services, LLC 24-14370
**Importance:** Normal
**Sensitivity:** None

---

Thank you.

Also – there is some equipment out there.  Does the lender want to collect and sell it itself, or have my auctioneer do it and split the net proceeds?

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) (610) 565-5463
(F) (610) 565-5474
rholber@holber.com

**From:** Kristen Ladd <kladd@UTBF.Com>
**Sent:** Thursday, February 27, 2025 5:31 PM
**To:** Robert Holber <rholber@holber.com>
**Subject:** RE: Elite Emergency Services, LLC 24-14370

Hi Rob,

I followed up again with the Bank for this information and will let you know.

Thanks.



# EXHIBIT "B"

**Archived:** Thursday, February 12, 2026 12:30:24 PM
**From:** Robert Holber
**Mail received time:** Thu, 13 Mar 2025 14:06:59
**Sent:** Thu, 13 Mar 2025 18:06:43
**To:** Kristen Ladd
**Subject:** RE: Elite Emergency Services, LLC 24-14370
**Importance:** Normal
**Sensitivity:** None

---

Hi Kristen,

Two things:

1. Any word on the banking documentation; and
2. There may be an interested party in the personal property owned by the debtor which is liened by your client. Is the lender interested in having the estate sell the property and split the proceeds? I have a call into the auctioneer to try to get a handle as to the vale of the personal property…..

Rob Holber

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) (610) 565-5463
(F) (610) 565-5474
rholber@holber.com



# EXHIBIT "C"

**From:** Kristen Ladd
**Sent:** Tuesday, March 18, 2025 7:47 PM
**To:** 'Robert Holber' <rholber@holber.com>
**Cc:** John Fiorillo <jfiorillo@UTBF.Com>
**Subject:** RE: Elite Emergency Services, LLC 24-14370

Rob,

I have an answer for you on one item. The Bank would like you to proceed with the sale of business assets, and has agreed to the split of the net proceeds 50/50 between the Trustee and the Bank. Regarding the bank account information, I hope to have a response soon. I will see you tomorrow at the creditors' meeting.

Thanks.

> **From:** Robert Holber <rholber@holber.com>
> **Sent:** Thursday, March 13, 2025 2:07 PM
> **To:** Kristen Ladd <kladd@UTBF.Com>
> **Subject:** RE: Elite Emergency Services, LLC 24-14370
>
> Hi Kristen,
>
> Two things:
>
> 1. Any word on the banking documentation; and
> 2. There may be an interested party in the personal property owned by the debtor which is liened by your client. Is the lender interested in having the estate sell the property and split the proceeds? I have a call into the auctioneer to try to get a handle as to the vale of the personal property…..
>
> Rob Holber
>
> Robert H. Holber, Esquire
> LAW OFFICES OF ROBERT H. HOLBER, P.C.
> 41 E. Front Street
> Media, PA 19063
> (P) (610) 565-5463
> (F) (610) 565-5474
> rholber@holber.com

# EXHIBIT "D"

**Archived:** Thursday, February 12, 2026 12:32:36 PM
**From:** Kristen Ladd
**To:** 'Robert Holber'
**Subject:** FW: Elite Emergency Services, LLC 24-14370
**Importance:** Normal
**Sensitivity:** None

---

Rob,

I wanted to follow up regarding the sale of business assets in this matter, with the split of net proceeds.  Can you please advise as to the status?

Thank you.

**Kristen Wetzel Ladd**
**Unruh Turner Burke & Frees**
P.O. Box 515 | 17 West Gay Street
West Chester, PA  19381
P: 484.653.2233 | F: 484.653.2215
kladd@utbf.com | vCard
www.utbf.com | Litigation Blog

Please consider the environment before printing this e-mail.

---

**From:** Kristen Ladd
**Sent:** Tuesday, March 18, 2025 7:47 PM
**To:** 'Robert Holber' <rholber@holber.com>
**Cc:** John Fiorillo <jfiorillo@UTBF.Com>
**Subject:** RE: Elite Emergency Services, LLC 24-14370

Rob,

I have an answer for you on one item.  The Bank would like you to proceed with the sale of business assets, and has agreed to the split of the net proceeds 50/50 between the Trustee and the Bank.  Regarding the bank account information, I hope to have a response soon.  I will see you tomorrow at the creditors' meeting.

Thanks.

> **From:** Robert Holber <rholber@holber.com>
> **Sent:** Thursday, March 13, 2025 2:07 PM
> **To:** Kristen Ladd <kladd@UTBF.Com>
> **Subject:** RE: Elite Emergency Services, LLC 24-14370
>
> Hi Kristen,
>
> Two things:
>
>   1. Any word on the banking documentation; and

# EXHIBIT "E"

**Archived:** Thursday, February 12, 2026 12:33:13 PM
**From:** Robert Holber
**Mail received time:** Mon, 23 Jun 2025 08:44:51
**Sent:** Mon, 23 Jun 2025 12:44:31
**To:** Kristen Ladd
**Subject:** RE: Elite Emergency Services, LLC 24-14370
**Importance:** Normal
**Sensitivity:** None

---

Hi Kristen,

Thanks for the e-mail.

It's going to be a while before any money goes out.  Still investigating whether it is feasible to look to the owners for any money.  If so then this will stretch out for a while. If not then it will probably be a good 6 months before any money goes out (and there is not much to go out).

Rob

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) (610) 565-5463
(F) (610) 565-5474
rholber@holber.com

---

**From:** Kristen Ladd <kladd@UTBF.Com>
**Sent:** Friday, June 20, 2025 12:21 PM
**To:** Robert Holber <rholber@holber.com>
**Subject:** FW: Elite Emergency Services, LLC 24-14370

Rob,

I wanted to follow up regarding the sale of business assets in this matter, with the split of net proceeds.  Can you please advise as to the status?

Thank you.

**Kristen Wetzel Ladd**
**Unruh Turner Burke & Frees**
P.O. Box 515 | 17 West Gay Street
West Chester, PA  19381
P: 484.653.2233 | F: 484.653.2215
kladd@utbf.com | vCard
www.utbf.com | Litigation Blog

Please consider the environment before printing this e-mail.