UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :
                                :CHAPTER 7
ELITE EMERGENCY SERVICES, LLC   :
                                :
                                :
                                :
            Debtor      :
                                :BANKRUPTCY NO.: 24-14370 - AMC

CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, certify that on April 10, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1.   Amended Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) along with Proposed Distribution

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 4/13/26        _____
                     Robert H. Holber, Esquire
                     Attorney ID: 51962
                     LAW OFFICE OF ROBERT H. HOLBER, P.C.
                     41 E. Front Street
                     Media, Pa 19063
                     (P) 610-565-5463
                     Rholber@holber.com

<u>**Mailing List Exhibit:**</u>

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Via: ☒CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐Other:


Michael A. Cibik, Esquire
CIBIK LAW, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Via:  ☒CM/ECF  ☐1st Class Mail  ☐Certified Mail   ☐Other:

All Creditors Listed on Debtor's Matrix and All Creditors Who
filed Claims (SEE ATTACHED)
Via:  ☐CM/ECF  ☒1st Class Mail  ☐Certified Mail   ☐Other:

Label Matrix for local noticing
0313-2
Case 24-14370-amc
Eastern District of Pennsylvania
Philadelphia
Fri Apr 10 13:06:09 EDT 2026

Elite Emergency Services, LLC
8362 State Rd Ste E
Philadelphia, PA 19136-2932

Ally
PO Box 380902
Minneapolis, MN 55438-0902

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

(p)CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107-4202

ELIZA GARIFULLINA
Orlans Law Group
200 Eagle Road
Suite 120
Wayne, PA 19087-3115

c/o Dean Weisgold, E Capitol Adjustment, LLC
1835 Market Street
Suite 1215
Philadelphia, PA 19103-2912

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107-4233

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Citizens Bank, N.A.
c/o Kristen Wetzel Ladd, Esquire
Unruh, Turner, Burke & Frees
P.O. Box 515
West Chester, PA   19381-0515

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

Vincent N. Melchiorre
1518 Walnut Street Suite 906
Philadelphia, PA 19102-3405

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102-3518

Citizens Bank, N.A.
8362 STATE RD
Short Hills, NJ 07078

Albert and Stephanie Abel
1313 N 26th Street
Philadelphia, PA 19121-4603

Capitol Adjustment, LLC
c/o Dean E. Weisgold Esquire
1835 Market Street,  Suite 1215
Philadelphia, PA 19103-2912

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Barry B Slosberg
Alan B. LeCoff
3455 Edgemont Street
Philadelphia, PA 19134

ROBERT H. HOLBER
Robert H. Holber PC
41 East Front Street
Media, PA 19063-2911

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citizens Bank N.A.
1 Citizens Bank Way
JCA115
Johnston, RI 02919-1922

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

(d)City of Philadelphia Law Department
Tax Litigation & Collections Unit
Bankruptcy Division, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ally Bank

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28

# Eastern District of Pennsylvania
# Claims Register

### 24-14370-amc Elite Emergency Services, LLC

| | |
|---|---|
| **Chief Judge:** Ashely M. Chan | **Chapter:** 7 |
| **Office:** Philadelphia | **Last Date to file claims:** 04/07/2025 |
| **Trustee:** ROBERT H. HOLBER | **Last Date to file (Govt):** 06/04/2025 |

*Creditor:*  (14958263)
Albert and Stephanie Abel
1313 N 26th Street
Philadelphia, PA 19118

**Claim No: 1**
*Original Filed Date:* 01/07/2025
*Original Entered Date:* 01/07/2025

*Status:*
*Filed by:* CR
*Entered by:* Jeanette E. G.
*Modified:*

Amount claimed: $82499.43

*History:*
Details    1-1    01/07/2025 Claim #1 filed by Albert and Stephanie Abel, Amount claimed: $82499.43 (G., Jeanette)

*Description:*
*Remarks:* (1-1) Insurance Fraud


*Creditor:*  (14967611)
City of Philadelphia Law Department
Tax Litigation & Collections Unit
Bankruptcy Division, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

**Claim No: 2**
*Original Filed Date:* 01/10/2025
*Original Entered Date:* 01/10/2025

*Status:*
*Filed by:* CR
*Entered by:* MEGAN N. HARPER
*Modified:*

*No amounts claimed*

*History:*
Details    2-1    01/10/2025 Claim #2 filed by City of Philadelphia Law Department, Amount claimed: (HARPER, MEGAN)

*Description:* (2-1) Unliquidated Claims
*Remarks:*


*Creditor:*  (14958268)
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Claim No: 3**
*Original Filed Date:* 02/03/2025
*Original Entered Date:* 02/03/2025
*Last Amendment Filed:* 06/16/2025
*Last Amendment Entered:* 06/16/2025

*Status:*
*Filed by:* CR
*Entered by:* JOHN F LINDINGER
*Modified:*

*History:*
Details    3-1    02/03/2025 Claim #3 filed by Internal Revenue Service, Amount claimed: $3169.78 (LINDINGER, JOHN)
Details    3-2    02/06/2025 Amended Claim #3 filed by Internal Revenue Service, Amount claimed: $3389.70 (LINDINGER, JOHN)
Details    3-3    02/26/2025 Amended Claim #3 filed by Internal Revenue Service, Amount claimed: $2820.00 (LINDINGER, JOHN)
Details    3-4    06/16/2025 Amended Claim #3 filed by Internal Revenue Service, Amount claimed: $0.00 (LINDINGER, JOHN)

*Description:*
*Remarks:*

*Creditor:* (14958265)
Citizens Bank N.A.
1 Citizens Bank Way
JCA115
Johnston, RI 02919-1922

**Claim No: 4**
*Original Filed Date:* 02/18/2025
*Original Entered Date:* 02/18/2025
*Last Amendment Filed:* 02/10/2026
*Last Amendment Entered:* 02/10/2026

*Status:*
*Filed by:* CR
*Entered by:* KRISTEN WETZEL LADD
*Modified:*

Amount claimed: $55524.62

*History:*

Details ❍ 4-1   02/18/2025 Claim #4 filed by Citizens Bank N.A., Amount claimed: $55524.62 (LADD, KRISTEN)

Details ❍ 4-2   02/10/2026 Amended Claim #4 filed by Citizens Bank N.A., Amount claimed: $55524.62 (LADD, KRISTEN)

*Description:*
*Remarks:*

# Claims Register Summary

**Case Name:** Elite Emergency Services, LLC
**Case Number:** 24-14370-amc
**Chapter:** 7
**Date Filed:** 12/06/2024
**Total Number Of Claims:** 4

| | |
|---|---|
| **Total Amount Claimed\*** | $138,024.05 |
| **Total Amount Allowed\*** | |

*\*Includes general unsecured claims*

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | $0.00 | |
| **Administrative** | | |
| **Unassigned (unsecured)** | $138,024.05 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/10/2026 13:14:02 | | | |
| **PACER Login:** | Hs084120 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 24-14370-amc Filed or Entered From: 1/1/1990 Filed or Entered To: 4/10/2026 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |