**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| **ELITE EMERGENCY SERVICES, LLC** | ) **Chapter 7** |
| | ) |
| | ) **Case No. 24-14370-AMC** |
| | ) |
| | ) |
| **Debtor(s)** | ) |

AMENDED

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

      **AND NOW**, this _____ day of _____, 2026, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $5,775.00 is reasonable compensation for the services in this case by ROBERT H. HOLBER TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $335.06 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

      By the Court,

_____

Ashely M. Chan

United States Bankruptcy Judge