# Compensation Worksheet

**Case Number:** 24-14370 AMC

**Debtor:** ELITE EMERGENCY SERVICES, LLC

### COMPUTATION OF COMPENSATION

Total disbursements, excluding payments to debtor and other non-compensable amounts, are: $50,500.00

Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

| | | | | |
|---|---|---|---|---|
| | | Total Receipts | | $50,500.00 |
| | | Non-compensable | | $0.00 |
| | | Surplus to Debtor | | $0.00 |
| | | Compensable Amount | | $50,500.00 |
| Less | | $50,500.00 | 25% of First $5,000.00 | $1,250.00 |
| | | $5,000.00 | ($1,250.00 Maximum) | |
| Less | Balance | $45,500.00 | 10% of Next $45,000.00 | $4,500.00 |
| | | $45,000.00 | ($4,500.00 Maximum) | |
| Less | Balance | $500.00 | 5% of Next $950,000.00 | $25.00 |
| | | $950,000.00 | ($47,500.00 Maximum) | |
| | Balance | $0.00 | 3% of Balance | $0.00 |

| | |
|---|---|
| TOTAL COMPENSATION CALCULATED: | $5,775.00 |
| Less Previously Paid Compensation | $0.00 |
| **TOTAL COMPENSATION REQUESTED:** | $5,775.00 |

| Description of Expense | Amount of Expense | |
|---|---|---|
| AUTO TAG STORE (1 x 156.00) | $ | 156.00 |
| PHOTOCOPY (162 x 0.10) | $ | 16.20 |
| PHOTOCOPY (1 x 0.10) | $ | 0.20 |
| PHOTOCOPY (162 x 0.10) | $ | 16.20 |
| PHOTOCOPY (27 x 0.10) | $ | 5.40 |
| PHOTOCOPY (54 x 0.10) | $ | 5.40 |
| POSTAGE (1 x 0.78) | $ | 0.78 |
| POSTAGE (27 x 0.78) | $ | 63.18 |
| POSTAGE (4 x 0.78) | $ | 3.12 |
| POSTAGE (27 x 1.27) | $ | 68.58 |

| | |
|---|---|
| TOTAL EXPENSE CALCULATED: | $335.06 |
| Less Previously Paid Expenses | $0.00 |
| **TOTAL EXPENSE REQUESTED:** | $335.06 |

**DATED:** April 9, 2026

SIGNED: /s/ Robert H. Holber                      **TRUSTEE:**     **Robert H. Holber, Trustee**
**ROBERT H. HOLBER PC**
**41 EAST FRONT STREET**
**MEDIA, PA 19063**