UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Elite Emergency Services, Llc | § | Case No. 24-14370 |
| | § | |
| Debtor | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/06/2024.  The undersigned trustee was appointed on 12/09/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of $ 50,500.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,217.00 |
| Bank service fees | 113.63 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 48,169.37 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/07/2025 and the deadline for filing governmental claims was 06/04/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,775.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $5,775.00, for a total compensation of $5,775.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $335.06, for total expenses of $335.06[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:04/06/2026                By:/s/Robert  H. Holber
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 24-14370 | AMC | Judge: | Ashely M. Chan | Trustee Name: | Robert H. Holber |
|---|---|---|---|---|---|---|

Case Name: Elite Emergency Services, Llc

Date Filed (f) or Converted (c): 12/06/2024 (f)

341(a) Meeting Date: 01/15/2025

For Period Ending: 04/10/2026

Claims Bar Date: 04/07/2025

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Citizens Bank - checking account | 0.00 | 0.00 | | 0.00 | FA |
| 2. Air Scrubber - Phoenix Guardian | 954.00 | 0.00 | | 0.00 | FA |
| 3. Air Scrubbers 10 - AloAir 550 | 3,570.00 | 0.00 | | 0.00 | FA |
| 4. Air Scrubber 2 Dri Eaz | 1,744.00 | 0.00 | | 0.00 | FA |
| 5. Air Scrubbers 3 - Blu Dri | 1,744.00 | 0.00 | | 0.00 | FA |
| 6. Air Movers 2 Restore Dynams X | 624.00 | 0.00 | | 0.00 | FA |
| 7. Air Movrs 6 X Power | 480.00 | 0.00 | | 0.00 | FA |
| 8. Dehumidifiers 2 - Blu Dri | 2,120.00 | 0.00 | | 0.00 | FA |
| 9. Dehumidifiers 2 - Drie Eaz | 3,600.00 | 0.00 | | 0.00 | FA |
| 10. 2019 Ford F150 | 17,053.00 | 0.00 | | 0.00 | FA |
| 11. 2014 Ford Econoline | 5,170.00 | 3,600.00 | | 3,600.00 | FA |
| 12. 2014 Ford Transit Van | 10,527.00 | 6,900.00 | | 6,900.00 | FA |
| 13. Settlement with Try Fluck & Elizabeth Boutcher (u)<br><br>See order dated 10/30/25 Doc 49 | 0.00 | 40,000.00 | | 40,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $47,586.00 | $50,500.00 | | $50,500.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Estimated TFR is 09/01/25. January 02, 2025, 09:14 am
Order entered 1/23/25 allowing for application of auctioneer of 2 vehicles. Vehicles sold. Report of sale filed 3/31/25. Order entered 4/25/25 allowing for payment to auctioneer. Checks cut 5/12/25 to auctioneer.
Trustee to review case to see if there are any other assets. - Robert Holber 6/9/2025

Review bank statements and tax return. Two lawyers passed on taking the case. May send demand letter prior to preparing TFR. - Robert Holber 8/8/2025

Demand e-mail sent to counsel on 8/25/25 for possible fraudulent conveyances/preferences. Stipulation to settle for $40,000 just signed. Motion for approval should be filed some time next week. - Robert Holber 9/19/2025

TFR submitted to UST 12/22/2025, awaiting filing.

Exhibit A

Initial Projected Date of Final Report (TFR): 09/01/2025          Current Projected Date of Final Report (TFR): 03/02/2026

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-14370
Case Name: Elite Emergency Services, Llc

Taxpayer ID No: XX-XXX8580
For Period Ending: 04/10/2026

Trustee Name: Robert H. Holber
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0603
Checking
Blanket Bond (per case limit): $23,655,407.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/25 | | Barry S. Slosberg, Inc. 3455 Edgemont Street Philadelphia, PA 19134 | Proceeds from sale of vehicles | | $10,500.00 | | $10,500.00 |
| | | | Gross Receipts                    $10,500.00 | | | | |
| | 11 | | 2014 Ford Econoline              $3,600.00 | 1129-000 | | | |
| | 12 | | 2014 Ford Transit Van           $6,900.00 | 1129-000 | | | |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $11.22 | $10,488.78 |
| 05/12/25 | 2001 | Barry S. Slosberg, Inc. 3455 Edgemont Street Philadelphia, PA 19134 | Compensation from sale of vehicles | 3610-000 | | $1,050.00 | $9,438.78 |
| 05/12/25 | 2002 | Barry S. Slosberg, Inc. 3455 Edgemont Street Philadelphia, PA  19134 | Auctioneer expenses from proceeds from sale of vehicles Order dated 4/25/25 | 2990-000 | | $1,167.00 | $8,271.78 |
| 06/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.24 | $8,261.54 |
| 07/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $8.83 | $8,252.71 |
| 08/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $9.11 | $8,243.60 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $9.10 | $8,234.50 |
| 10/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $8.80 | $8,225.70 |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $9.08 | $8,216.62 |

Page Subtotals:                    $10,500.00            $2,283.38

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-14370

Case Name: Elite Emergency Services, Llc

Taxpayer ID No: XX-XXX8580

For Period Ending: 04/10/2026

Trustee Name: Robert H. Holber

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0603

Checking

Blanket Bond (per case limit): $23,655,407.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/04/25 | 13 | Troy Fluck & Elizabeth Boutcher | Settlement of avoidance claim Order 10/30/25 Doc 49 | 1241-000 | $40,000.00 | | $48,216.62 |
| 12/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.25 | $48,169.37 |

| | | |
|---|---|---|
| COLUMN TOTALS | $50,500.00 | $2,330.63 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,500.00 | $2,330.63 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,500.00 | $2,330.63 |

UST Form 101-7-TFR (5/1/2011) (Page: 6)            Page Subtotals:            $40,000.00            $47.25

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0603 - Checking | $50,500.00 | $2,330.63 | $48,169.37 |
| | $50,500.00 | $2,330.63 | $48,169.37 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,500.00 |
| Total Gross Receipts: | $50,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:24-14370-AMC                                                                    Date: April 6, 2026
Debtor Name: Elite Emergency Services, Llc
Claims Bar Date: 4/7/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Robert H. Holber<br>ROBERT H. HOLBER PC<br>41 EAST FRONT STREET<br>MEDIA, PA 19063 | Administrative | | $0.00 | $5,775.00 | $5,775.00 |
| 100<br>2200 | Robert H. Holber<br>ROBERT H. HOLBER PC<br>41 EAST FRONT STREET<br>MEDIA, PA 19063 | Administrative | | $0.00 | $335.06 | $335.06 |
| 3A<br>280<br>5800 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | Amended | $0.00 | $0.00 | $0.00 |
| 1<br>300<br>7100 | Albert And Stephanie Abel<br>1313 N 26Th Street<br>Philadelphia, Pa 19118 | Unsecured | | $0.00 | $82,499.43 | $82,499.43 |
| 2<br>300<br>7100 | City Of Philadelphia Law<br>Department<br>Tax Litigation & Collections Unit<br>Bankruptcy Division, Msb<br>1401 John F. Kennedy Blvd., 5Th<br>Floor<br>Philadelphia, Pa 19102-1595 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 4<br>300<br>7100 | Citizens Bank N.A.<br>1 Citizens Bank Way<br>Jca115<br>Johnston, Ri 02919-1922 | Unsecured | Amended 2/20/26 | $0.00 | $55,524.62 | $55,524.62 |
| | Case Totals | | | $0.00 | $144,134.11 | $144,134.11 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                                                    Printed: April 6, 2026

UST Form 101-7-TFR (5/1/2011) (Page: 8)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 24-14370
Case Name: Elite Emergency Services, Llc
Trustee Name: Robert  H. Holber

Balance on hand                                                    $            48,169.37

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert H. Holber | $          5,775.00 | $          0.00 | $          5,775.00 |
| Trustee Expenses: Robert H. Holber | $          335.06 | $          0.00 | $          335.06 |

Total to be paid for chapter 7 administrative expenses        $            6,110.06

Remaining Balance                                                  $            42,059.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | Internal Revenue Service | $          0.00 | $          0.00 | $          0.00 |

Total to be paid to priority creditors        $            0.00

UST Form 101-7-TFR (5/1/2011) (Page: 9)

Remaining Balance                                                    $_____42,059.31_

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $138,024.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Albert And Stephanie Abel | $ 82,499.43 | $ 0.00 | $ 25,139.60 |
| 2 | City Of Philadelphia Law Department | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | Citizens Bank N.A. | $ 55,524.62 | $ 0.00 | $ 16,919.71 |

Total to be paid to timely general unsecured creditors          $_____42,059.31_

Remaining Balance                                                    $_____0.00_

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE