## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                       :Chapter 7
                                                             :
ELITE EMERGENCY SERVICES, LLC                                :
                                                             :
                                                             :
          Debtor                                             :BANKRUPTCY NO.  24-14370- AMC


## ORDER APPROVING TRUSTEE'S FINAL REPORT


AND NOW, this          day of                          2026 upon consideration of

Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY  ORDERED AND DECREED that the Final Report is

APPROVED.


BY THE COURT


_____
Ashely M. Chan, Judge