Mr. & Mrs. Albert J. Abel III
1313 North 26th Street
Philadelphia, PA 19121
Phone: 215-206-8655 (Mr. Abel)
Phone: 215-570-8655 (Mrs. Abel)
Email: Constantvalue@hotmail.com (Mr. Abel)
Email: noahsolomon@comcast.net (Mrs. Abel)

April 20, 2026

The Honorable Ashley Chan
900 Market Street
Philadelphia, PA 19107-4299

FILED

APR 20 2026

CLERK OF COURT
BY                              DEP CLERK

Dear Honorable Ashley Chan:

Here are my 15 reasons why Mrs. Elizabeth Boutcher-Fluke, of Elite Emergency Services, LLC, should not be granted bankruptcy:

Please see Flash Drive.

1. Mrs. Elizabeth Boutcher-Fluke took my fire insurance money of $82,499. 43, knowing her company did not have the proper credentials to work in the City of Philadelphia. Mrs. Elizabeth Boutcher-Fluke's admission to us as a creditor in her bankruptcy is an acknowledgment of being responsible for the fraudulent acquisition of our fire insurance money, which should be grounds for the denial of her bankruptcy.

2. Mrs. Elizabeth Boutcher-Fluke sold my contract to Mr. Anthony Fusco, who is not licensed to work in Philadelphia as a Home Improvement Contractor for a $12,000.00 kickback. Mr. Fusco also posed as an employee of Elite Emergency Services, LLC, so we would not discover that the contract had been sold.

3. The $12,000 proceeds were paid by check made out to Elite Emergency Services, LLC. Elite Emergency Services, LLC deposited the check into their First American Bank account, Acct # 7815377801. This financial institution only has branches located in Illinois, Florida, and

Case 24-14370-amc   Doc 66   Filed 04/20/26   Entered 04/20/26 13:52:11   Desc Main
Document   Page 2 of 36

Mr. & Mrs. Albert J. Abel III
1313 North 26th Street
Philadelphia, PA 19121
Phone: 215-206-8655 (Mr. Abel)
Phone: 215-570-8655 (Mrs. Abel)
Email: Constantvalue@hotmail.com (Mr. Abel)
Email: noahsolomon@comcast.net (Mrs. Abel)

April 20, 2026

The Honorable Ashley Chan
900 Market Street
Philadelphia, PA 19107-4299

Dear Honorable Ashley Chan:

My name is Mr. Albert J. Abel III, and I am the plaintiff in the case titled "IN RE: Elite Emergency Services, LLC, Bank No. 24-14370-AMC." I am writing to respectfully request that the owner, Mrs. Elizabeth Boutcher- Fluke, of Elite Emergency Services, LLC, not be granted bankruptcy.

As previously instructed by your honor, Mrs. Abel and I attended a meeting on April 8, 2026, at 12:30 PM at the United States Bankruptcy Court at 900 Market Street, Suite 400, in the City of Philadelphia. We were instructed by you, your Honor, to forward all information and paperwork regarding Mrs. Elizabeth Boutcher-Fluke's bankruptcy to you.

My apologies for the delay, but we were waiting for Trustee Holber to respond properly to our questions with answers, regarding why he felt that Mrs. Elizabeth Boutcher-Fluke should be granted her bankruptcy.

Honorable Chan, thank you for making my wife and me feel like we exist and matter. Thank you for allowing us to tell our story and be heard.

Sincerely,
Mr. & Mrs. Albert J. Abel III

Case 24-14370-amc   Doc 66   Filed 04/20/26   Entered 04/20/26 13:52:11   Desc Main
Document   Page 3 of 36

Wisconsin. Trustee Holber was notified of this bank account, but failed to subpoena the financial records of this account.

4. Mrs. Elizabeth Boutcher-Fluke allowed my family and me to return to a home without License and Inspection reports and documentation of the tradesperson's work and guarantees.

5. Mrs. Elizabeth Boutcher-Fluke allowed my family and me to return to a home under unsafe conditions.

6. Mrs. Elizabeth Boutcher-Fluke, of Elite Emergency Services, LLC, should not be granted bankruptcy because she had her home fully remodeled three months (August 29, 2024) before filing.

7. Mrs. Elizabeth Boutcher-Fluke stated, "They (her and her husband, Mr. Troy Fluke) take full responsibility (when we met them at the Ritz Diner in Northeast Philadelphia, PA), and they do not have any money." However, the next month, they (Mr. and Mrs. Fluke) went to Mara-a-Logo to see President Trump.

8. Mrs. Elizabeth Boutcher-Fluke filed for bankruptcy on December 6, 2024, then went to an Eagles game on January 5, 2025. The game before the 2025 NFC Championship.

9. Mrs. Elizabeth Boutcher-Fluke never presented all of her Citizens Bank and First American Bank records to the bankruptcy court.

10. Mrs. Elizabeth Boutcher-Fluke, of Elite Emergency Services, LLC, should not be granted bankruptcy because on March 18, 2025, she told Trustee Holber she had a cold and could not report to the bankruptcy hearings. On April 2, 2025, Mrs. Boutcher-Fluke posted photos on Facebook in Jamaica.

11. Mrs. Elizabeth Boutcher-Fluke, of Elite Emergency Services, LLC, should not be granted bankruptcy because, two months after her Jamaica trip, in May 2025, she went to Bermuda.

12. Mrs. Elizabeth Boutcher-Fluke, of Elite Emergency Services, LLC, should not be granted bankruptcy because she told Attorney Stacy Shields that she has a New Jersey Shore home. She takes countless trips down the New Jersey Shore.

13. Mrs. Elizabeth Boutcher-Fluke should not be granted bankruptcy because she is selling an innumerable amount of clothes, sports apparel, handbags, and novelties, and is a hairstylist.

14. Mrs. Elizabeth Boutcher-Fluke, of Elite Emergency Services, LLC, should not be granted bankruptcy because, on April 1, 2026, she was in Puerto Rico instead of at the bankruptcy hearing on April 8, 2026, at 12:30 PM.

15. Mrs. Elizabeth Boutcher-Fluke, of Elite Emergency Services, LLC, should not be granted bankruptcy because, at the beginning of the bankruptcy proceeding, it was discovered that she had company trucks.

Thank you for your time, attention, and consideration in this matter.

Respectfully submitted,
Mr. & Mrs. Albert J. Abel III

**From: Stephanie Abel** noahsolomon@comcast.net
**Subject:** Elite Emergercy Services, LLC
**Date:** January 22, 2025 at 10:34 AM
**To:** rholber@holber.com

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

January 22, 2024

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Robert H. Holber,

Hello. How are you doing? I hope this email finds you and your loved ones are doing well. After the Wednesday, January 15, 2024, meeting, Mr. Abel (my husband) called your office and spoke with your pleasantly legal secretary. Your legal secretary verified to Mr. Abel that she could view the paperwork forwarded to your office from the United States Bankruptcy Court from Philadelphia, PA, at 900 Market Street, Suite 400. However, Trustee Holber, my husband (Albert J. Abel III), and I stopped by your office on Thursday, January 16, 2025, to drop off the paperwork you requested through email. I deemed it would be slightly effortless if you had a paper manuscript format rather than an email. In the package, I provided a flash drive, our contracts, and Elite Emergercy Services, LLC, two bank account numbers not provided in the first package. Most significantly, we correspondingly stopped past to view the video conference before we were added to the assemblage. We (my husband and I) would appreciate learning what was said before we entered. When can we view the Wednesday, January 15, 2024, video conference?

Thank you,
Mrs. Stephanie Abel

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 6 of 36

From: **Robert Holber** rholber@holber.com
Subject: RE: Elite Emergercy Services, LLC
Date: January 22, 2025 at 10:51 AM
To: Stephanie Abel noahsolomon@comcast.net
Cc: Borgesi, Maria N. (USTP) Maria.N.Borgesi@usdoj.gov

Good morning Ms. Abel.

I did receive the information you dropped off at my office. I read the printed documents but not the flash drive. I presume the same information is on both?

The creditors meeting is recorded for voice only. You can obtain a copy of that meeting by contacting the Office of the United States Trustee. Try e-mailing Maria Borgesi (I have attached her e-mail address) for that recording.

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) (610) 565-5463
(F) (610) 565-5474
rholber@holber.com

**From:** Stephanie Abel <noahsolomon@comcast.net>
**Sent:** Wednesday, January 22, 2025 10:35 AM
**To:** Robert Holber <rholber@holber.com>
**Subject:** Elite Emergercy Services, LLC

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

January 22, 2024

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Robert H. Holber,

Hello. How are you doing? I hope this email finds you and your loved ones are doing well. After the Wednesday, January 15, 2024, meeting, Mr. Abel (my husband) called your office and spoke with your pleasantly legal secretary. Your legal secretary verified to Mr. Abel that she could view the paperwork forwarded to your office from the United States Bankruptcy Court from Philadelphia, PA, at 900 Market Street, Suite 400. However, Trustee Holber, my husband (Albert J. Abel III), and I stopped by your office on Thursday, January 16, 2025, to drop off the paperwork you requested through email. I deemed it would be slightly effortless if you had a paper manuscript format rather than an email. In the package, I provided a flash drive, our contracts, and Elite Emergency Services, LLC, two bank account numbers not provided in the first package. Most significantly, we correspondingly stopped past to view the video conference before we were added to the assemblage. We (my husband and I) would appreciate learning what was said before we entered. When can we view the Wednesday, January 15, 2024, video conference?

Thank you,
Mrs. Stephanie Abel

From: **Stephanie Abel** noahsolomon@comcast.net
Subject: Re: Elite Emergercy Services, LLC
Date: January 24, 2025 at 5:12 PM
To: Robert Holber rholber@holber.com

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

January 24, 2025

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Robert H. Holber,

Hello. How are you doing? I hope this email finds you doing well.
Trustee Holber, thank you for your quick response to my email. I am extremely appreciative. I also want to thank you for providing me with Ms. Maria Borgesi's contact information for the creditor meeting recording.

Furthermore, I am delighted to learn you acquired the documents as well. Trustee Holber, the flash drive contains live footage and evidence of their extravagant lifestyle, insufficiencies of concern, and inadequate remorse.

Have a wonderful and restful weekend.

Thank you,
Mrs. Stephanie Abel

> On Jan 22, 2025, at 10:51 AM, Robert Holber <rholber@holber.com> wrote:
>
> Maria Borgesi

From: **Stephanie Abel** noahsolomon@comcast.net
Subject: **Fwd: Elite Emergercy Services, LLC**
Date: January 31, 2025 at 1:44 PM
To: Robert Holber rholber@holber.com

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

January 31, 2025

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Robert H. Holber,

Hello. How are you doing? I hope you are doing well. Trustee Holber, I am writing you this email to see if Mrs. Elizabeth Boutcher Fluke, has sent you her bank statements from January 2023 to the present.

**Elite Emergency Services, LLC**
Citizens Bank
Acct # 6314727123
**They may have more than one account with Citizens Bank.**

**Elite Emergency Services, LLC**
First American Bank
Acct # 7815377801
**This is the account into which the $12,000.00 kickback went.**
First American Bank has branches only in three states (**Illinois, Wisconsin, and Florida**), not Pennsylvania.

Have a fantastic and relaxing weekend.

Thank you,
Mrs. Stephanie Abel

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 9 of 36

**From: Stephanie Abel** noahsolomon@comcast.net
**Subject:** Mrs. Elizabeth Boutcher Fluke, Elite Emergency Services, LLC
**Date:** February 5, 2025 at 12:33 PM
**To:** Robert Holber rholber@holber.com

SA

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

February 5, 2025

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Robert H. Holber,

Hello. How are you doing? I hope you are doing well. Trustee Holber, I am sending you this email for the second time (January 31, 2025) to see if Mrs. Elizabeth Boutcher Fluke or her bankruptcy attorney (Michael A. Cibik)has sent you her bank statements from January 2023 to the present. Mrs. Elizabeth Boutcher Fluke stated in the Bankruptcy Zoom Conference on Wednesday, January 15, 2025, that her attorney has the statements.

Elite Emergency Services, LLC
Citizens Bank
Acct # 6314727123
They may have more than one account with Citizens Bank.

Elite Emergency Services, LLC
First American Bank
Acct # 7815377801
The First American Bank is the account into which the $12,000.00 kickback went. First American Bank has branches only in three states (Illinois, Wisconsin, and Florida), not Pennsylvania.

I hope you have a wonderful day.

Thank you,
Mrs. Stephanie Abel

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document      Page 10 of 36

**From:** Robert Holber  rholber@holber.com
**Subject:** Re: Mrs. Elizabeth Boutcher Fluke, Elite Emergency Services, LLC
**Date:** February 5, 2025 at 12:51 PM
**To:** Stephanie Abel  noahsolomon@comcast.net

Ms. Abel- I am away on vacation at the moment and will look at this when I return next week.

Sent from my iPhone

On Feb 5, 2025, at 1:33 PM, Stephanie Abel <noahsolomon@comcast.net> wrote:

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

February 5, 2025

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Robert H. Holber,

Hello. How are you doing? I hope you are doing well. Trustee Holber, I am sending you this email for the second time (January 31, 2025) to see if Mrs. Elizabeth Boutcher Fluke or her bankruptcy attorney (Michael A. Cibik)has sent you her bank statements from January 2023 to the present. Mrs. Elizabeth Boutcher Fluke stated in the Bankruptcy Zoom Conference on Wednesday, January 15, 2025, that her attorney has the statements.

Elite Emergency Services, LLC
Citizens Bank
Acct # 6314727123
They may have more than one account with Citizens Bank.

Elite Emergency Services, LLC
First American Bank
Acct # 7815377801
The First American Bank is the account into which the $12,000.00 kickback went. First American Bank has branches only in three states (Illinois, Wisconsin, and Florida), not Pennsylvania.

I hope you have a wonderful day.

Thank you,
Mrs. Stephanie Abel

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document      Page 11 of 36

**From:** **Stephanie Abel** noahsolomon@comcast.net
**Subject:** Re: Mrs. Elizabeth Boutcher Fluke, Elite Emergency Services, LLC
**Date:** February 17, 2025 at 10:18 AM
**To:** Robert Holber rholber@holber.com

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

February 17, 2025

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Holber,

I hope this message finds you well and that you had a restful and enjoyable vacation. I apologize for interrupting and reaching out during your time away and now during a presidential holiday. I have no other option.

During our last meeting, you informed Mr. Abel and me that we had a meeting scheduled with Mrs. Boutcher Fluke on February 19, 2025, just two days from now. However, Mr. Abel and I have not received any details regarding the time or the Zoom meeting code.

Additionally, I would like to know if Mrs. Boutcher Fluke or her bankruptcy attorney, Michael A. Cibik, has sent you her bank statements from January 2023 to the present. During the Bankruptcy Zoom Conference on January 15, 2025, Mrs. Boutcher Fluke mentioned that her attorney has these statements.

Elite Emergency Services, LLC
Citizens Bank
Acct # 6314727123
They may have more than one account with Citizens Bank.

Elite Emergency Services, LLC
First American Bank
Acct # 7815377801
The First American Bank is the account into which the $12,000.00 kickback went. First American Bank has branches only in three states (Illinois, Wisconsin, and Florida), not Pennsylvania.

I appreciate any assistance you can provide regarding this matter. Thank you, and I hope you have a wonderful day.

Sincerely,
Mrs. Stephanie Abel

> On Feb 5, 2025, at 12:51 PM, Robert Holber <rholber@holber.com> wrote:
>
> Ms. Abel- I am away on vacation at the moment and will look at this when I return next week.
>
>
> Sent from my iPhone
>
> > On Feb 5, 2025, at 1:33 PM, Stephanie Abel <noahsolomon@comcast.net> wrote:
>
> Mrs. Stephanie R. Abel
> 1313 North 26th Street
> Philadelphia, PA 19121
> noahsolomon@comcast.net
> 215-570-8655
>
> February 5, 2025
>
> Trustee Robert H. Holber, PC
> 41 East Front Street
> Media, PA 19063
>
> Dear Trustee Robert H. Holber,
>
> Hello. How are you doing? I hope you are doing well. Trustee Holber, I am sending you this email for the second time (January 31, 2025) to see if Mrs. Elizabeth Boutcher Fluke or her bankruptcy attorney (Michael A. Cibik)has sent you her bank statements from January 2023 to the present. Mrs. Elizabeth Boutcher Fluke stated in the Bankruptcy Zoom Conference on Wednesday, January 15, 2025, that her attorney has the statements.
>
> Elite Emergency Services, LLC
> Citizens Bank
> Acct # 6314727123
> They may have more than one account with Citizens Bank.
>
> Elite Emergency Services, LLC
> First American Bank
> Acct # 7815377801

The First American Bank is the account into which the $12,000.00 kickback went. First American Bank has branches only in three states (Illinois, Wisconsin, and Florida), not Pennsylvania.

I hope you have a wonderful day.

Thank you,
Mrs. Stephanie Abel

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 13 of 36

**From:** **Robert Holber** rholber@holber.com
**Subject:** RE: Mrs. Elizabeth Boutcher Fluke, Elite Emergency Services, LLC
**Date:** February 17, 2025 at 11:27 AM
**To:** Stephanie Abel noahsolomon@comcast.net
**Cc:** Linda Talley ltalley@holber.com

Ms. Abel,

Ms. Talley – of my office – will be sending you the access information for the zoom meeting.

I did receive more bank statements. I will review them prior to the upcoming hearing.

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) (610) 565-5463
(F) (610) 565-5474
rholber@holber.com


**From:** Stephanie Abel <noahsolomon@comcast.net>
**Sent:** Monday, February 17, 2025 10:18 AM
**To:** Robert Holber <rholber@holber.com>
**Subject:** Re: Mrs. Elizabeth Boutcher Fluke, Elite Emergency Services, LLC

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

February 17, 2025

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Holber,

I hope this message finds you well and that you had a restful and enjoyable vacation. I apologize for interrupting and reaching out during your time away and now during a presidential holiday. I have no other option.

During our last meeting, you informed Mr. Abel and me that we had a meeting scheduled with Mrs. Boutcher Fluke on February 19, 2025, just two days from now. However, Mr. Abel and I have not received any details regarding the time or the Zoom meeting code.

Additionally, I would like to know if Mrs. Boutcher Fluke or her bankruptcy attorney, Michael A. Cibik, has sent you her bank statements from January 2023 to the present. During the Bankruptcy Zoom Conference on January 15, 2025, Mrs.

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 14 of 36

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063


Dear Trustee Robert H. Holber,


Hello. How are you doing? I hope you are doing well. Trustee Holber, I am sending you this email for the second time (January 31, 2025) to see if Mrs. Elizabeth Boutcher Fluke or her bankruptcy attorney (Michael A. Cibik)has sent you her bank statements from January 2023 to the present. Mrs. Elizabeth Boutcher Fluke stated in the Bankruptcy Zoom Conference on Wednesday, January 15, 2025, that her attorney has the statements.


Elite Emergency Services, LLC
Citizens Bank
Acct # 6314727123
They may have more than one account with Citizens Bank.


Elite Emergency Services, LLC
First American Bank
Acct # 7815377801
The First American Bank is the account into which the $12,000.00 kickback went. First American Bank has branches only in three states (Illinois, Wisconsin, and Florida), not Pennsylvania.


I hope you have a wonderful day.


Thank you,
Mrs. Stephanie Abel

Boutcher Fluke mentioned that her attorney has these statements.

Elite Emergency Services, LLC
Citizens Bank
Acct # 6314727123
They may have more than one account with Citizens Bank.

Elite Emergency Services, LLC
First American Bank
Acct # 7815377801
The First American Bank is the account into which the $12,000.00 kickback went. First American Bank has branches only in three states (Illinois, Wisconsin, and Florida), not Pennsylvania.

I appreciate any assistance you can provide regarding this matter. Thank you, and I hope you have a wonderful day.

Sincerely,
Mrs. Stephanie Abel


On Feb 5, 2025, at 12:51 PM, Robert Holber <rholber@holber.com> wrote:

Ms. Abel- I am away on vacation at the moment and will look at this when I return next week.


Sent from my iPhone


On Feb 5, 2025, at 1:33 PM, Stephanie Abel <noahsolomon@comcast.net> wrote:

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655


February 5, 2025

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 16 of 36

From: **Stephanie Abel** noahsolomon@comcast.net
Subject: The Aforementioned Paperwork (Mrs. Elizabeth Boutcher Fluke)
Date: February 28, 2025 at 9:40 AM
To: Robert Holber rholber@holber.com

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

February 28, 2025

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Holber,

Hello. How are you doing? I hope you are having a wonderful start to your weekend. Trustee Holber, I apologize for my delayed response; I have been recuperating from a cold.

As discussed, I am sending you Mr. Anthony Fusco's bank records, which were obtained by Mr. Abel and my former attorney, Mr. Demtrius Parrish. Additionally, I am providing verification of Mrs. Eliabeth Boutcher Fluke's homeownership and the account number for First American Bank.
Regarding The First American Bank account, please note that to obtain the bank records, you will need to issue a subpoena through the court, as all outstanding questions can be resolved with the information from this account.

For your reference, here are the details:
Elite Emergency Services, LLC
**First American Bank**
Acct # 7815377801

First American Bank is the account into which the $12,000.00 kickback was deposited. Please be aware that First American Bank has branches in only three states, Illinois, Wisconsin, and Florida, and does not operate in Pennsylvania.

I hope you have a fantastic and relaxing weekend.

Sincerely,
Mrs. Stephanie Abel

**Property | phila.gov Elizabeth Boutcher.pdf**
83 KB

**Fusco Bank Statements.pdf**

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 17 of 36

From: **Stephanie Abel** noahsolomon@comcast.net
Subject: **Re: The Aforementioned Paperwork & Tomorrow's Meeting (Mrs. Elizabeth Boutcher Fluke)**
Date: **March 18, 2025 at 10:30 AM**
To: **Robert Holber** rholber@holber.com

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

March 18, 2025

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Holber,

Hello. How are you doing? I hope you are having a wonderful day. Trustee Holber, I am writing to follow up regarding the Zoom meeting code for tomorrow's bankruptcy conference concerning Mrs. Elizabeth Boutcher. For the second time, neither Mr. Abel nor I have received this information from attorney Michael Cibik's office. Could you please send me the details?

Additionally, have you heard anything from Citizens Bank or received the First American Bank statement?

Thank you for your attention to these matters. I hope you have a wonderful day.

Sincerely,
Mrs. Stephanie Abel

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 18 of 36

From: **Robert Holber** rholber@holber.com
Subject: RE: The Aforementioned Paperwork & Tomorrow's Meeting (Mrs. Elizabeth Boutcher Fluke)
Date: March 18, 2025 at 10:56 AM
To: Stephanie Abel noahsolomon@comcast.net

Ms. Abel,

I'm not sure what you are expecting from Mr. Cibik's office.  That sounds like an issue that you will have to take up with them.

The zoom conference tomorrow will use the same ID as before.

I have been in contact with the lawyer for Citizens  Bank.  She has continued to advise she is  waiting to hear back from Citizens.  If necessary I might eventually have to subpoena those records.

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) (610) 565-5463
(F) (610) 565-5474
rholber@holber.com

-----Original Message-----
From: Stephanie Abel <noahsolomon@comcast.net>
Sent: Tuesday, March 18, 2025 10:30 AM
To: Robert Holber <rholber@holber.com>
Subject: Re: The Aforementioned Paperwork & Tomorrow's Meeting (Mrs. Elizabeth Boutcher Fluke)


Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

March 18, 2025

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Holber,

Hello. How are you doing? I hope you are having a wonderful day. Trustee Holber, I am writing to follow up regarding the Zoom meeting code for tomorrow's bankruptcy conference concerning Mrs. Elizabeth Boutcher. For the second time, neither Mr. Abel nor I have received this information from attorney Michael Cibik's office. Could you please send me the details?

Additionally, have you heard anything from Citizens Bank or received the First American Bank statement?

Thank you for your attention to these matters. I hope you have a wonderful day.

Sincerely,
Mrs. Stephanie Abel

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 19 of 36

**From:** Stephanie Abel noahsolomon@comcast.net
**Subject:** Re: The Aforementioned Paperwork & Tomorrow's Meeting (Mrs. Elizabeth Boutcher Fluke)
**Date:** March 18, 2025 at 2:51 PM
**To:** Robert Holber rholber@holber.com

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

March 18, 2025

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Holber,

I hope this message finds you well. I apologize for the confusion regarding the notifications for the bankruptcy conference concerning Mrs. Elizabeth Boutcher. I was under the impression that all updates would be mailed to our home from attorney Michael Cibik's office.

Thank you for promptly providing the Zoom meeting information.

Sincerely,
Mrs. Stephanie Abel

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 20 of 36

**From:** **Robert Holber** rholber@holber.com
**Subject:** RE: The Aforementioned Paperwork & Tomorrow's Meeting (Mrs. Elizabeth Boutcher Fluke)
**Date:** March 18, 2025 at 3:27 PM
**To:** Stephanie Abel noahsolomon@comcast.net

Ms. Abel,

We just received a phone call  indicating that Ms. Fluke is ill.   The creditors meeting is going to be continued to 4/30 a 1:00 P.M.   The access information will remain the same.

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) (610) 565-5463
(F) (610) 565-5474
rholber@holber.com

**From:** Stephanie Abel <noahsolomon@comcast.net>
**Sent:** Tuesday, March 18, 2025 2:51 PM
**To:** Robert Holber <rholber@holber.com>
**Subject:** Re: The Aforementioned Paperwork & Tomorrow's Meeting (Mrs. Elizabeth Boutcher Fluke)

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

March 18, 2025

Trustee Robert H. Holber, PC
41 East Front Street
Media, PA 19063

Dear Trustee Holber,

I hope this message finds you well. I apologize for the confusion regarding the notifications for the bankruptcy conference concerning Mrs. Elizabeth Boutcher. I was under the impression that all updates would be mailed to our home from attorney Michael Cibik's office.

Thank you for promptly providing the Zoom meeting information.

Sincerely,
Mrs. Stephanie Abel

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 21 of 36

From: **Stephanie Abel** noahsolomon@comcast.net
Subject: Partial Payment of $42,108.80 – Reservation of Rights
Date: April 7, 2026 at 8:33 AM
To: Robert Holber rholber@holber.com
Cc: help@cibiklaw.com

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121

April 7, 2026

Mr. Robert H. Holber, Esquire
41 E. Front Street
Media, PA 19063

**Case No.:** 24-14370
**Debtor:** Mrs. Elizabeth Boutcher Fluke

Dear Trustee Holber:

I acknowledge receipt of the debtor's offer to pay $42,108.80 as partial satisfaction of the total debt of $82,499.43 owed to me due to the fraudulent misappropriation of my fire insurance proceeds.

I am willing to accept this $42,108.80 as a partial payment only. This acceptance does not constitute a settlement, release, or compromise of the remaining $40,389.63 of the debt, which remains fully owed and is nondischargeable due to fraud and theft.

Furthermore, this acceptance does not waive my right to pursue criminal charges against the debtor for insurance fraud, theft, or any other applicable offense.

I request that the bankruptcy court and trustee ensure that this partial payment does not impair my rights to collect the remaining $40,389.63 through liens, wage garnishment, or any other lawful means.

Please confirm that acceptance of $42,108.80 will be applied toward the debt without prejudice to my rights to recover the remaining balance or pursue criminal action.

Sincerely,
Mrs. Stephanie R. Abel

**CC:** Mr. Michael A. Cibik, Esq., Counsel for Debtor

Found in Inbox - Comcast Mailbox

**Cibik Law, P.C.**
Re: Partial Payment of $42,108.80 – Reservation of Rights
To: Stephanie Abel,    Robert Holber

April 7, 2026 at 8:37 AM

Hello,

Elizabeth Boutcher is not the Debtor.
Elite Emergency Services, LLC is the Debtor.
This case is a chapter 7 business liquidation.
It does not discharge the debts owed by the business.

**See More** from Stephanie Abel

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 23 of 36

**From:** **Robert Holber** rholber@holber.com
**Subject:** RE: Partial Payment of $42,108.80 – Reservation of Rights
**Date:** April 7, 2026 at 8:45 AM
**To:** Stephanie Abel noahsolomon@comcast.net
**Cc:** help@cibiklaw.com

Ms. Abel,

I cannot give you legal advice nor can I guarantee anything.    I strongly suggest you seek the advice of counsel.

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) (610) 565-5463
(F) (610) 565-5474
rholber@holber.com

**From:** Stephanie Abel <noahsolomon@comcast.net>
**Sent:** Tuesday, April 7, 2026 8:34 AM
**To:** Robert Holber <rholber@holber.com>
**Cc:** help@cibiklaw.com
**Subject:** Partial Payment of $42,108.80 – Reservation of Rights

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121

April 7, 2026

Mr. Robert H. Holber, Esquire
41 E. Front Street
Media, PA 19063

**Case No.:** 24-14370
**Debtor:** Mrs. Elizabeth Boutcher Fluke

Dear Trustee Holber:

I acknowledge receipt of the debtor's offer to pay $42,108.80 as partial satisfaction of the total debt of $82,499.43 owed to me due to the fraudulent misappropriation of my fire insurance proceeds.

I am willing to accept this $42,108.80 as a partial payment only. This acceptance does not constitute a settlement, release, or compromise of the remaining $40,389.63 of the debt, which remains fully owed and is nondischargeable due to fraud and theft.

Furthermore, this acceptance does not waive my right to pursue criminal charges against the debtor for insurance fraud, theft, or any other applicable offense.

I request that the bankruptcy court and trustee ensure that this partial payment does not impair my rights to collect the remaining $40,389.63 through liens, wage garnishment, or any other lawful means.

Please confirm that acceptance of $42,108.80 will be applied toward the debt without prejudice to my rights to recover the remaining balance or pursue criminal action.

Sincerely,
Mrs. Stephanie R. Abel

CC: Mr. Michael A. Cibik, Esq., Counsel for Debtor

From: **Stephanie Abel** noahsolomon@comcast.net
Subject: Request for Clarification and Reservation of Rights
Date: April 13, 2026 at 7:29 AM
To: holber Robert rholber@holber.com

Mr. Albert J. Abel III
1313 North 26th Street
Philadelphia, PA 19121

April 13, 2026

Mr. Robert H. Holber, Esquire
**Case No.:** 24-14370
**Debtor:** Mrs. Elizabeth Boutcher Fluke

Dear Trustee Holber,

My wife (Mrs. Abel) and I had the opportunity to speak with the Honorable Judge Chan on Wednesday, April 8, 2026, in Courtroom 4 during the hearing for the Final Report. I expressed my concerns to Judge Chan regarding your decision in the bankruptcy case of Elizabeth Boutcher Fluke. Judge Chan instructed me to share my concerns with you.

During the Meeting of Creditors and throughout the administration of this case, several issues were disclosed that raise serious concerns regarding the completeness of the investigation and the treatment of potential nondischargeable conduct. I am writing to request clarification on three critical issues regarding my rights as a creditor in the above-referenced matter.

1. It was disclosed that Mrs. Elizabeth Boutcher Fluke misappropriated insurance proceeds in the amount of $82,499.43. Given the nature of these allegations, which implicate fraud and potential nondischargeability under applicable bankruptcy law, I respectfully request an explanation as to why no objection to discharge or related action was initiated. This question is particularly significant, as such action would directly affect my ability to recover the full amount owed and ensure that the debt is not improperly discharged.

2. During the course of your investigation, it was communicated to my wife (Mrs. Abel) and me that Mrs. Elizabeth Boutcher Fluke was concealing assets, specifically company vehicles. Despite this information, I respectfully request clarification as to why no objection to discharge or further enforcement action was pursued. Asset concealment is a serious matter that may constitute grounds for denial of discharge and warrants thorough investigation to protect creditor rights and the integrity of the bankruptcy process.

3. During the Meeting of Creditors, Mrs. Elizabeth Boutcher Fluke was requested on multiple occasions to produce financial records; however, she failed and/or refused to comply. In light of this noncompliance, I respectfully request an explanation for why no additional steps were taken to compel production of these records, including the issuance of subpoenas for bank or financial documentation before or during the proceedings. This omission is significant, as access to complete financial records is essential to properly evaluate potential fraud, asset concealment, and the dischargeability of the underlying debt.

Taken together, these issues directly impact my rights as a creditor and the integrity of the bankruptcy process in this matter. I respectfully request clarification on how these matters were evaluated and why no objection to discharge or a comparable action was pursued despite the information provided. This clarification is necessary to determine how my claim should be treated and what remedies remain available to ensure full and proper recovery of the funds at issue.

I appreciate your attention to this matter and request a written response at your earliest convenience, as these issues remain time-sensitive in light of ongoing proceedings.


Sincerely,
Mr. Albert J. Abel III

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 25 of 36

**From: Robert Holber** rholber@holber.com
**Subject:** RE: Request for Clarification and Reservation of Rights
**Date:** April 13, 2026 at 4:24 PM
**To:** Stephanie Abel noahsolomon@comcast.net

Mr. Abel,

Thank you for your e-mail.  I was hoping, as I had advised, that you might at this point employ a lawyer familiar with bankruptcy law to help you with this case.  I am presuming, unless I hear otherwise, that is not the case.

Corporate debts in a Chapter 7 bankruptcy case, as we have previously discussed, are not dischargeable.  Therefore there is no need to consider whether a complaint to avoid the discharge of a debt should be file.

Please advise which company vehicles you believe are being hidden.

I have received all of the requested bank statements concerning the debtor other than a possible  out of state account at First American Bank.  That institution does not have a branch in Pennsylvania so the resources and possibilities of obtaining a statement are small.   I can't share the voluminous records of bank statements with you, but I can tell you what I found formed the basis for the principals of the debtor to settle a possible case against them.

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) (610) 565-5463
(F) (610) 565-5474
rholber@holber.com

**From:** Stephanie Abel <noahsolomon@comcast.net>
**Sent:** Monday, April 13, 2026 7:29 AM
**To:** Robert Holber <rholber@holber.com>
**Subject:** Request for Clarification and Reservation of Rights

Mr. Albert J. Abel III
1313 North 26th Street
Philadelphia, PA 19121

April 13, 2026

Mr. Robert H. Holber, Esquire
**Case No.:** 24-14370
**Debtor:** Mrs. Elizabeth Boutcher Fluke

Dear Trustee Holber,

My wife (Mrs. Abel) and I had the opportunity to speak with the Honorable Judge Chan on Wednesday, April 8, 2026, in Courtroom 4 during the hearing for the Final Report. I expressed my concerns to Judge Chan regarding your decision in the bankruptcy case of Elizabeth Boutcher Fluke. Judge Chan instructed me to share my concerns with you.

During the Meeting of Creditors and throughout the administration of this case, several issues were disclosed that raise serious concerns regarding the completeness of the investigation and the treatment of potential nondischargeable conduct. I am writing to request clarification on three critical issues regarding my rights as a creditor in the above-referenced matter.

on three critical issues regarding my rights as a creditor in the above-referenced matter.

1. It was disclosed that Mrs. Elizabeth Boutcher Fluke misappropriated insurance proceeds in the amount of $82,499.43. Given the nature of these allegations, which implicate fraud and potential nondischargeability under applicable bankruptcy law, I respectfully request an explanation as to why no objection to discharge or related action was initiated. This question is particularly significant, as such action would directly affect my ability to recover the full amount owed and ensure that the debt is not improperly discharged.

2. During the course of your investigation, it was communicated to my wife (Mrs. Abel) and me that Mrs. Elizabeth Boutcher Fluke was concealing assets, specifically company vehicles. Despite this information, I respectfully request clarification as to why no objection to discharge or further enforcement action was pursued. Asset concealment is a serious matter that may constitute grounds for denial of discharge and warrants thorough investigation to protect creditor rights and the integrity of the bankruptcy process.

3. During the Meeting of Creditors, Mrs. Elizabeth Boutcher Fluke was requested on multiple occasions to produce financial records; however, she failed and/or refused to comply. In light of this noncompliance, I respectfully request an explanation for why no additional steps were taken to compel production of these records, including the issuance of subpoenas for bank or financial documentation before or during the proceedings. This omission is significant, as access to complete financial records is essential to properly evaluate potential fraud, asset concealment, and the dischargeability of the underlying debt.

Taken together, these issues directly impact my rights as a creditor and the integrity of the bankruptcy process in this matter. I respectfully request clarification on how these matters were evaluated and why no objection to discharge or a comparable action was pursued despite the information provided. This clarification is necessary to determine how my claim should be treated and what remedies remain available to ensure full and proper recovery of the funds at issue.

I appreciate your attention to this matter and request a written response at your earliest convenience, as these issues remain time-sensitive in light of ongoing proceedings.


Sincerely,
Mr. Albert J. Abel III

Mr. Albert J. Abel III
1313 North 26th Street
Philadelphia, PA 19121

April 14, 2026

Mr. Robert H. Holber, Esquire
**Case No.:** 24-14370
**Debtor:** Mrs. Elizabeth Boutcher Fluke

Dear Trustee Holber,

Once again, my wife (Mrs. Abel) and I had the opportunity to speak with the Honorable Judge Chan on Wednesday, April 8, 2026, in Courtroom 4 during the hearing for the Final Report. I expressed my concerns to Judge Chan regarding your decision in the bankruptcy case of Mrs. Elizabeth Boutcher Fluke. Judge Chan instructed me to share my concerns with you.

Can you please answer the following questions:

**Pennsylvania Law States:** 11 U.S.C. § 727 Denial of Discharge
**Pennsylvania Law States:** 11 U.S.C. § 523(a)(2) and § 523(a)(4)
                            Exceptions to discharge

1. It was disclosed that Mrs. Elizabeth Boutcher Fluke misappropriated insurance proceeds in the amount of $82,499.43. Given the nature of these allegations, which implicate fraud and potential nondischargeability under applicable bankruptcy law, I respectfully request an explanation as to why no objection to discharge or related action was initiated.

**Pennsylvania Law States:** In Pennsylvania, under fraud in insolvency
(18 Pa. C.S. § 4111): a federal crime, deemed bankruptcy fraud. Violators can face up to five years in federal prison and fines up to $250,000 per charge.

2. During the course of your investigation, it was communicated to my wife (Mrs. Abel) and me (**from you via snail mail**) that Mrs. Elizabeth Boutcher Fluke was concealing assets, specifically company vehicles. Despite this information, I respectfully request clarification as to why no objection to discharge or further enforcement action was pursued.

**Pennsylvania Law States:** A Pennsylvania bankruptcy trustee subpoenas out-of-state bank records by issuing a federal subpoena under Federal Rule of Bankruptcy Procedure 9016 (incorporating FRCP 45), which has nationwide service capability.

3. During the Meeting of Creditors, Mrs. Elizabeth Boutcher Fluke was requested on multiple occasions to produce financial records; however, she failed and/or refused to comply. Now, you are stating, **"I have received all of the requested bank statements concerning the debtor other than a possible out of state account at First American Bank. That institution does not have a branch in Pennsylvania so the resources and possibilities of obtaining a statement are small."** We (Mrs. Abel and I) were the ones who told you about their First American Bank account, and we gave you the account numbers. You never looked into their First American Bank account? Mrs. Elizabeth Boutcher Fluke could be hiding all her money in this account you never acquired. In light of this noncompliance, I respectfully request an explanation for why no additional steps were taken to compel production of these records, including the issuance of subpoenas for bank or financial documentation before or during the proceedings.

I look forward to your written response.

Sincerely,
Mr. Albert J. Abel III

Case 24-14370-amc   Doc 66   Filed 04/20/26   Entered 04/20/26 13:52:11   Desc Main
Document      Page 28 of 36

Mrs. Stephanie R. Abel

1313 North 26th Street

Philadelphia, PA 19121

noahsolomon@comcast.net


January 7, 2025


Trustee Robert H. Holber. PC

41 East Front Street

Media, PA 19063


Dear Trustee Robert H. Holber.


Hello. How are you doing? I hope you and your loved ones had a joyful holiday and a wonderful start to the new year. Mr. Robert H. Holber, my name is Mrs. Stephanie R. Abel. As trustee of the court, I am writing you this letter to request that you consider not granting Mrs. Elizabeth Boutcher Fluke a Chapter 7 Bankruptcy at this juncture. Please permit me the opportunity to exemplify my justifications.


On January 5, 2023, at approximately 6:52 AM, I experienced a house fire for the first time in my life (See Exhibit A). Mrs. Elizabeth Boutcher Fluke, company Elite Emergency Services,

LLC representative (Mr. Jamie Tate), approached my husband and me about her business. My husband and I granted her (Mrs. Elizabeth Boutcher Fluke) company the remediation business of our home. Days later, while conducting the remediation, another representative (Mr. Bobby KilKenny) from Mrs. Elizabeth Boutcher Fluke's company, Elite Emergency Services, LLC, approached my husband and me about Mrs. Elizabeth Boutcher Fluke's construction company. After our due diligence on the Attorney General's website, we found that Elite Emergency Services, LLC was legally licensed as a Pennsylvania Home Improvement Contractor (See Exhibit B). On February 21, 2023, Mrs. Elizabeth Boutcher Fluke was issued a $82,499.43 check from our public adjuster (Capitol Adjustment, LLC, her husband Troy Fluke's former employer, which at the time we did not know) office provided by State Farm Insurance Company (See Exhibit C and D). On February 24, 2023, unbeknownst to my husband and me, Mrs. Elizabeth Boutcher Fluke sold our contract to Mr. Anthony Fusco (representing himself as Mrs. Elizabeth Boutcher Fluke's general contractor), who gave Mrs. Elizabeth Boutcher Fluke a $12,000.00 kickback (See Exhibit E and F). A representative of Mrs. Elizabeth Boutcher Fluke (Mr. Nikolas Hammerbacher) put the check into First American Bank, which has branches only in three states (Illinois, Wisconsin, and Florida), not Pennsylvania, out of the whole United States (See Exhibit G).

Several times throughout the duration (two months) of the completion of our home, I repeatedly asked, "Why was I not notified when the Philadelphia License and Inspection person came? Mr. Anthony Fusco (representing himself as Mrs. Elizabeth Boutcher Fluke's general contractor)

would say, "he did not know L&I where coming either, and I would get all the paperwork at the end" (See Exhibit H).

In May 2023, my husband and I were reminiscing over our oldest son's honor ceremonies and graduation from college when we received a frantic telephone call from the rental property, Mr. Conerstone from Dan Housing, stating that State Farm was notified by Capitol Adjustment LLC and Elite Emergency Services, LLC, that our home was completed on April 13, 2023 (See Exhibit I). We (Mr. Abel and I) could not comprehend how this could be accurate when Mrs. Elizabeth Boutcher Fluke, company Elite Emergency Services, LLC, nor our public adjuster, Mr. Stephen Chairmonte, company Capitol Adjustment, LLC, did not do a walkthrough nor notify us that our home was finalized. Considerable times, I asked for the License and Inspection paperwork, tradesperson names, and warranty for the roof, back wall, plumbing, electrical work, windows, flooring, and tiling.

Mr. Anthony Fusco (the gentleman to whom Mrs. Elizabeth Boutcher Fluke sold our contract) told me, "I would receive all the paperwork in a folder at the end of the project," which I have not received (See Exhibit J).

Once returning home on May 19, 2023, without any confirmation from License and Inspection or a warranty for the roof, back wall, plumbing, and electrical work, we hastily moved back home. This portion of the story will be challenging to write. Once home, on May 19, 2023, my husband (Mr. Albert J. Abel III) took our Jack Russel (Peanut) outside to relieve himself. Our backyard was full of trash and debris. My family and I were infuriated! How can Elite Emergency

Services, LLC, and Capitol Adjustment, LLC, allow a family to return home to a backyard full of trash and debris? On the morning of May 21, 2023, my husband (Mr. Albert J. Abel III) took our Jack Russel (Peanut) outside to make a path to relieve himself. My husband ran back into the house frantically shouting, "Turn all the electricity off." My husband (Mr. Albert J. Abel III) discovered Mr. Anthony Fusco (to whom Mrs. Elizabeth Boutcher Fluke sold our contract without our knowledge) removed our meter and illegally duct taped our house PECO electrical line back to our home (See Exhibit K). Immediately, my husband, Mr. Albert J. Abel III, called PECO, and they (PECO) sent two gentlemen out the next day to cut the line. My family and I were in our home for two days with illegal connections. We could have died, had another fire, or it could have caused a massive row home fire. Now, we (my family and I) are in a home without electricity in the summer heat.

Not having electricity caused me, in July 2023, to break out in a heat rash and my family to stay in a hotel due to the Canadian Wild Fire (See Exhibit L and M). On June 2, 2023, all hell broke loose. Our sewage line was cracked and eventually broken, with floating urine and feces in our basement. We called Mr. Anthony Fusco (to whom Mrs. Elizabeth Boutcher Fluke sold our contract without our knowledge) and asked about our pipe being cracked (See Exhibit N). In June 2023, Mr. Troy Fluke (Mrs. Elizabeth Boutcher Fluke's husband), Mr. Nikolas Hammerbacher (from Elite Emergency Service, LLC), and Mr. Stephen Chairmonte (our public adjuster from Capitol Adjustment, LLC) came to our home to meet with my family (my husband Mr. Albert J. Abel III and our sons Noah and Solomon), and me. They looked at the horrid artistry on the second floor (bathroom, rear fire-wall/walls throughout, back and middle bedroom

Case 24-14370-amc   Doc 66   Filed 04/20/26   Entered 04/20/26 13:52:11   Desc Main
Document   Page 32 of 36

windows, floor throughout, etc.; remember, no license and inspection documentation and warranties), the raw sewage in the basement, and the illegal electrical work and trash/debris in the backyard. (See Exhibit O)

My husband (Mr. Albert J. Abel III) stated the License and Inspection regulations and informed Mr. Troy Fluke (Mrs. Elizabeth Boutcher Fluke's husband) that he did not have the authority to work in the city of Philadelphia, only Pennsylvania (See Exhibit P). When signing the contract, my husband (Mr. Albert J. Abel III) and I were not aware of this ruling, but as a business, he knew. Mr. Holber, as you know, since the Salvation Army Thrift Store collapsed on June 5, 2013, the City of Philadelphia has made its own rules and regulations. Mr. Troy Fluke (Mrs. Elizabeth Boutcher Fluke's husband) refuses to take responsibility. After seeing and knowing, Mr. Troy Fluke pointed his finger and said to my family (my husband, Mr. Albert J. Abel III, and our sons Noah and Solomon) and me, 'It is disrespectful to ask for our money back and see you in court!" However, days later, Mr. Troy Fluke (Mrs. Elizabeth Boutcher Fluke's husband) paid a plumber to clean the pipe, which did not work! Mr. Troy Fluke sent his workers, Mr. Tom Pennypack Sr. and his two sons (who all appeared to be on heroin. My husband is a Philadelphia Fire Fighter and committed to their behavior) to clean the yard, which they did. They (Mr. Tom Pennypack Sr. and his two sons) also tried to extract the basement sewage with trash bags until my husband said, "You can not do that!" We (my husband and I) contacted our insurance company, State Farm, about the basement pipe and sewage. My husband and I had Roto-Rooter, Servpro, and Muller Wilkin Concrete Solutions to correct the problem. My husband and I had to add $2,668.18 to the insurance cost (See Exhibit Q, R, S, and T).

Case 24-14370-amc    Doc 66    Filed 04/20/26    Entered 04/20/26 13:52:11    Desc Main
Document    Page 33 of 36

After an irresolution meeting in June, on July 18, 2023, Mr. Albert J. Abel III's (my husband) money blueprint paper personal investigation trail started. Through investigation, Mr. Albert J. Abel III (my husband) found out that on April 4, 2023, Mr. Troy Fluke (Mrs. Elizabeth Boutcher Fluke's husband) went to the Republic of Türkiy (See Exhibit U). Mr. Albert J. Abel III (my husband) contacted Mr. Stephen Chairmonte (our public adjuster from Capitol Adjustment, LLC) about our State Farm Fire check of $82,499.43. My husband called Mr. Stephen Chairmonte to see if the check was cashed (See Exhibit E and V). On July 18, 2023, we had a clear indication of the money blueprint paper trail (See Exhibit D). Ten days later, Mr. Stephen Chairmonte (our public adjuster from Capitol Adjustment, LLC) called my husband and asked, "if it was okay for Mr. Troy Fluke (Mrs. Elizabeth Boutcher Fluke's husband) to call our attorney. On July 27, 2023, Mrs. Elizabeth Boutcher Fluke and her husband (Mr. Troy Fluke) met with acting attorney Mrs. Stacy Shield at her Center City office. Mr. Fluke told Mrs. Stacy Shields they (Mr. & Mrs. Fluke) would give my husband and me fifty thousand dollars. They (Mr. & Mrs. Fluke) would give us forty thousand dollars, and our public adjuster (Mr. Stephen Chairmonte) would give us ten thousand dollars. For verification, Attorney Stacy Shieds' telephone number is 267-636-5841. My husband (Mr. Albert J. Abel III) and I declined the offer. We declined the offer because our public adjuster (Mr. Stephen Chairmonte) gave Mrs. Elizabeth Boutcher Fluke a $82,499.43 check and because no one had produced license and inspection paperwork or warranties for work throughout. (See Exhibit D, H, and N).

On October 2, 2023, my husband (Mr. Albert J. Abel III) and I obtained our former attorney (Mr. Demetrius Parrish for $3,500.00), recommended by attorney Mrs. Stacy Shields (See Exhibit W). In mid-September of 2023, Mrs. Elizabeth Boutcher Fluke contacted my husband (Mr. Albert J. Abel III) to meet at the Ritz Diner in the Northeast section of Philadelphia. Mr. Troy Fluke (Mrs. Elizabeth Bucher Fluke's husband) stated, "They take full responsibility for what happened, but they do not have any money and do not want to go to court" (See Exhibit X). I could not believe this was the same gentleman in my home back in June of 2023 who pointed his finger at my family (my husband, Mr. Albert J. Abel III, and our sons Noah and Solomon) and me and said, "It is disrespectful to ask for our money back and see you in court!" With a lack of evidence, we (Mr. Abel and I) knew he was not telling the truth about his money problems because he (Mr. Troy Fluke)stated (at the diner, pointing at the emblem on his shirt) that he had his own public adjuster company, Platinum Adjustment, LLC (See Exhibit Y), and on July 27, 2023, Mrs. Elizabeth Boutcher Fluke and her husband (Mr. Troy Fluke) met with acting attorney Mrs. Stacy Shield at her Center City office offering $50,000.00. Upon meeting Mr & Mrs. Fluke, they told Mrs Shields they were coming from their New Jersey shore home (See Exhibit Z). The most significant evidence came on October 26, 2023, when Mr. & Mrs. Troy Fluke visited Mar-a-Lago to see President Donald Trump (See Exhibit AA). How can they (Mr. & Mrs. Troy Fluke) inform us a few weeks prior that "they take full responsibility for what happened, but they do not have any money and do not want to go to court." To take a Florida trip to Mar-a-Lago to see President Donald Trump, they (Mr. & Mrs. Troy Fluke) had to purchase a round-trip ticket from Philadelphia, PA, to Palm Beach, Florida, and back, pay for a hotel stay, purchase food while at the stay, and the big expense of the gala to see President Donald Trump at Mar-a-Lago (See

Exhibit BB). In August 2024, their whole home was fully remodeled (See Exhibit CC). Please understand that you can vote for whomever you want because you have that right as an American. You can fully remodel your whole home because that is the American dream. You can have a shore home, boat, and golf cart if you work hard, honestly. But do not tell us (Mr. & Mrs. Albert J. Abel III) falsehoods while we are being affected by your untruths. On June 17, 2024, our former attorney, Demetrius Parrish, asked for a photograph of Mrs. Elizabeth Boutcher Fluke because EMA Attorney Services, LLC, felt the lady at their home who was being disrespectful to them and avoiding being served was her, Mrs. Elizabeth Boutcher Fluke (See Exhibit DD).

Life was unbearable for us (my husband, Mr. Albert J. Abel III, and our sons Noah and Solomon) from May 21, 2023, until December 8, 2023. Life was challenging because we did not have any electricity from the summer heat (which caused me to break out in a heat rash), hotel stay (from the winds caused by the Canadian wildfire), our oldest son fell down the steps in the dark (he refused to enter his fall 2023 full academic scholarship master's program because he did not want to leave me in the dark at night when my husband worked at night), our youngest son finishing his last fall college semester at my parents home, living in a cold house during the fall weather with family and pets, and countless receipts of money being spent for take out food (See Exhibit L, M, EE, and FF). On November 22, 2023, my husband hired GEN3 Electric & HVAC Company to come to our home to fix the electrical breaker box and correctly connect the outside PECO line to our home (See Exhibit GG). We were afraid to turn the electricity on because we did not know what was behind the walls. On December 8, 2023, life changed for the better. We concluded that Mrs. Elizabeth Boutcher Fluke would not do the honorable thing, so we rented a

two-bedroom apartment. For two years, my husband (Albert J. Abel III) has been paying for a rental and mortgage, two insurance (rental and mortgage), and utilities for the rental and our home. Through it all, both of our sons (Noah, 2023, and Solomon, 2024) graduated from college a year early, both Summa Cum laude with full academic scholarship; both have a major, minor, and two certifications and both attending a master's program with a full academic scholarship. Most of all, our family still loves one another. The Lord is my strength and my shield, Psalm 28:7.

I cannot comprehend how Mrs. Elizabeth Boutcher Fluke can take my fire insurance money of 82,499.43 and sell it to Mr. Anthony Fusco for $12,000.00, knowing the devastation of my home after Mr. Fusco's (electric, plumbing, basement sewage, roofing, rear fire-wall/ walls throughout, floors throughout; windows) horrid artistry, in July, offers a $50,000.00 settlement to attorney Stacy Shields, visit the Republic of Türkiy, meet my husband and me at the Ritz Diner to take full responsibility for what happened, but do not have any money, and do not want to go to court," later that month go see President Donald Trump at Mar-a-Lago, and in August 2024 have her whole home remodel, and wants the United States Bankruptcy Court of Pennsylvania to remove her debt. I want to know who will pay for my home to be put back together. It has been two long years. I want to go home!

God Bless you,

Mrs. Stephanie Abel