# Exhibit A






**Exhibit B**

## HOME IMPROVEMENT CONSUMER INFORMATION

### SEARCH CRITERIA

HIC Number:

Business Name:

Elite Emergency Services LLC

City:

Zip:

Phone Number (including area code):

↻ Show another code

Type the code shown above :

**Find Specific Contractor**

### Search Result(s)

| Business | Elite Emergency Services LLC | | | | |
|---|---|---|---|---|---|
| HIC # | PA163112 | | | Expiration | 6/15/2025 |
| Phone | 215-966-7500 | Fax | | | |
| Address 1 | 8362 State Rd Unit E | | | | |
| City | Philadelphia | State | PA | Zip | 19136 |

**Please Note:** Our search function is very sensitive.

- If you have the contractor's registration number, ONLY fill in that field, as well as the security code.
- If you are trying to search for a contractor by contact information, it must be an exact match (with the exclusion of a suffix) and only ONE field can be populated.
- Please remember to fill in the security code. In addition, search results will only display approved registrations.

If you continue to experience difficulties using our search function, please call 1-888-520-6680.

For more detailed information regarding a registered contractor, please email us at hic@attorneygeneral.gov

*This information was provided by the contractor on the registration form pursuant to the requirements of the Home Improvement Consumer Protection Act.*

*Registration under HICPA is not an endorsement, recommendation or approval by the Office of Attorney General of the contractor's competency or skill.*

The content of this site is the property of the Pennsylvania Office of Attorney General. Reuse of this content requires permission of the Press Office.

Pennsylvania Office of Attorney General, Strawberry Square,  Harrisburg, PA 17120    1-888-520-6680

Exhibit C





**Citizens Bank**

2001 Market Street, Suite 600
Philadelphia, PA 19103

Mr. and Mrs. Abel,

The following information is confirmation on the distribution in the amount of $82,499.43 to AF Construction. While researching our system I found the following information: on 2|23|2023 Elite Emergency Services LLC received a check in the amount of $82,499.43 from Capitol Adjustment LLC, on 2|24|2023 Elite Emergency Services LLC wrote a check in the amount of $82,499.43 to AF Construction who then deposited this check in the full amount on 2|24|2023. For any questions or concerns regarding this matter please contact me with the information below.

Thank you,

Karlia Ball  7|18|23

Karlia Ball | Citizens Banker
NMLS ID | 1704813
Willow Grove Trolley Stop PA555
(T) 215-657-8047 | (F) 215-657-8647
1919, Easton Rd, Willow Grove PA 19090

RBS

 **Citizens Bank**

*Exhibit E*

2001 Market Street, Suite 600
Philadelphia, PA 19103

Mr. and Mrs. Abel,

The following information is confirmation on the distribution in the amount of $82,499.43 to AF Construction. While researching our system I found the following information: on 2|23|2023 Elite Emergency Services LLC received a check in the amount of $82,499.43 from Capitol Adjustment LLC, on 2|24|2023 Elite Emergency Services LLC wrote a check in the amount of $82,499.43 to AF Construction who then deposited this check in the full amount on 2|24|2023. For any questions or concerns regarding this matter please contact me with the information below.

Thank you,

*Karla Ball* 7|18|23

Karlia Ball | Citizens Banker
NMLS ID | 1704813
Willow Grove Trolley Stop PA555
(T) 215-657-8047 | (F) 215-657-8647
1919, Easton Rd, Willow Grove PA 19090

**RBS**

*Exhibit 1-2*

 **Citizens**™

US259 | BR801 | 12
ROP 450
P.O. Box 7000
Providence, RI 02940

Business Account
Statement

Page 1 of 15

Beginning March 01, 2023
through    March   31,  2023

Questions? Contact us today:

**CALL:**
Business    Account    Customer
Service
1-800-862-6200

**VISIT:**
Access    your    account    online:
citizensbank.com

**MAIL:**
Citizens
Customer    Service    Center
P.O.   Box  42001
Providence,     RI  02940-2001

ANTHONY FUSCO JR
DBA A.F. CONSTRUCTION
2426 S WARNOCK ST
PHILADELPHIA PA  19148-3636

Go Paperless
Scan Code

ANTHONY FUSCO JR
DBA A.F. CONSTRUCTION
Clearly Better Business Checking
XXXXXX-418-9

Clearly Better Business Checking for XXXXXX-418-9

| Balance Calculation | | |
|---|---|---|
| Previous Balance | | 81,743.96 |
| Checks | − | 32,417.00 |
| Debits | − | 43,323.35 |
| Deposits & Credit | + | 6,090.57 |
| Current Balance | = | 12,094.18 |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee. We appreciate your continued business.

Your next statement period will end on April 28, 2023.

TRANSACTION DETAILS FOR BUSINESS CHECKING ACCOUNT ENDING 418-9

| | | | | | | Previous | Balance |
|---|---|---|---|---|---|---|---|
| Checks | (Note - checks that are present out of numeric sequence are denoted with an asterisk (*)) | | | | | | 81,743.96 |
| Check # | Amount | Date | Check # | Amount | Date | Total | Checks |
| 101 | 12,000.00 | 03/01 | 110 | 1,000.00 | 03/17 | | |
| 102 | 770.00 | 03/03 | 112* | 2,100.00 | 03/23 | − | 32,417.00 |
| 104* | 3,500.00 | 03/06 | 113 | 200.00 | 03/27 | | |
| 105 | 3,500.00 | 03/13 | 114 | 3,500.00 | 03/30 | | |
| 108* | 4,327.00 | 03/13 | 115 | 1,000.00 | 03/30 | | |
| 109 | 520.00 | 03/16 | | | | | |

Member FDIC ⌂ Equal Housing Lender

Exhibit F  2-2

ANTHONY FUSCO JR.
DBA A.F. CONSTRUCTION
2426 S WARNOCK ST.
PHILADELPHIA, PA 19148-3636

3-7615/360                    101

DATE 2-28-2023

PAY TO THE
ORDER OF  *Elite Emergency Services LLC*          $ 12,000.⁰⁸

*Twelve thousand dollars*————— ⁰/₁₀₀  DOLLARS

Citizens

MEMO  *1313 N. 26ᵗʰ Street*

⑈036076150⑈ 6314734189⑈ 0101

CURRENCY SERVICES OF PA LLC
LICENSED CASHER OF CHECKS
FIRST AMERICAN BANK
FOR DEPOSIT ONLY #7815377801
RE#28  INITIALS ___ DATE ___

**Exhibit G**

Español   Locations   Contact

Rates ˅     Quick Links ˅     🔍

FIRST
AMERICAN
BANK

Personal     Business     Wealth     About

Insights     News     🔒 Login

Branches, Offices and ATMs

# Branches, Offices and ATMs

Find us in Illinois, Wisconsin and Florida, and access ATMs nationwide

**Contact Us →**

**Holiday Hours & Closing Schedule →**

🏠 » **About** » Connect » Branches, Offices and ATMs

# Exhibit H

AF

Anthony >

Hello, Anthony. Anthony, I am sorry for the late text. Anthony, can you please send me the paperwork that you sent to the insurance company? Also you forgot to send me the final paperwork on how everyone was paid, the pictures, the price of materials, permits, and inspection as well. I need them for my records. My email address is noahsolomon@comcast.net

      



AF

Anthony >

Anthony thank you for everything!!!!!!

I need them for my records and for the real estate company. I may sale my house.



AF

Anthony >

I have all the pictures for you and the scope of work for the bill is with I went off of the insurance company so basically I charge the insurance company exactly what they paid out and as far as receipts and stuff I would have to make you personal copies of my stuff I'll put it together for you

Thank you.

You are very welcome

       

**Exhibit I** 1-2

1:31 PM                    25% 🔋

'aul CORNERSTONE...            📹

Good afternoon Mr. Cornerstone, this is Mr. Abel. Please forgive my tardy response to our conversation this morning regarding my family and I vacating 641 Jamestown Avenue. There was a huge delay in the process of our household contents being returned by Elite Emergency Services, which extended our stay in 641 Jamestown Avenue past May 11th, 2023.

My wife and I were caught off guard upon your notification that Kevin Kerestus from State Farm informed you that State Farm were no longer assuming the financial responsibility of paying the rental fee for the above mentioned property. We were never notified of their decision by neither State Farm, nor by our public adjuster Capitol Adjustment.

I definitely don't want to be responsible for the rental fee ($4,650), and have to pay my current monthly mortgage payment. We should be out of the house by Friday May 19th, because we will have the house professionally cleaned. If we vacate the premises before May 19th you will be notified sir.

May 17, 2023, 2:48 PM

Ok it's cleared on our end if you can check out by this weekend. Kevin said he spoke with you guys several times about the move out date but you said the 19th right. Our company won't charge

Thank you for not charging us sir. We did not talk to Kevin several times about vacating 641 Jamestown Avenue, we only spoke with him today about vacating the premises, and it was the 1ST time speaking of vacating the premises with Kevin. We will be out of the premises by May 19th end of day.

**Exhibit I**   *2-2*

No Service                     1:32 PM                    24%

< 2        **Paul CORNERSTONE...**        📹

May 18, 2023, 7:21 PM

> Good evening. What time tomorrow May 19th, would you like to meet at 641 Jamestown Avenue for the final walk through?

May 19, 2023, 8:21 AM

> Good morning Mr. Conerstone. What time today May 19th, 2023 would you like to meet at 641 Jamestown Avenue for the final walk through and house key exchange?

Hi you just leave the key in the lockbox

< **②** **Anthony Fusco / Con...**

**Exhibit J** 1-2

Text Message
May 9, 2023, 10:49 AM

evin T. Kerestus
aim Specialist
4-458-4300 x3099942411
ate Farm Fire and Casualty Comp

Kevin T. Kerestus
Claim Specialist
844-458-4300 x3099942411
State Farm Fire and Casualty Company

CC: Albert & Stephanie Abel (by email)

> Kevin is in the office right now. Give him a call so you can hear exactly what he wants from you.

Thanks brother

May 16, 2023, 4:23 PM

 

---

No Service 📶                     3:11 PM                     86% 🔋

< **②**    **Anthony Fusco / Con...**

May 16, 2023, 4:23 PM

> What's up bro? This is Stephanie's email address.
>
> noahsolomon@comcast.net

**Exhibit J** 2-2



o Service 📶                3:11 PM                86% 🔋

‹ ② **Anthony Fusco / Con...** ›

May 18, 2023, 1:36 PM

> Tony can you give me call today. I'm trying to touch base with you about the paperwork. Kevin Kerestus from State Farm just told me that Nico hasn't sent him the proper documents. He said he needs proof of all money spent during the renovation.
>
> Send the paperwork to me and I will hand deliver the paperwork to Kevin Kerestus. Stephanie has been asking you to send her the paperwork for the past (3) weeks.
>
> Talk to me bro.

No Service 📶                3:11 PM                86% 🔋



‹ ② **Anthony Fusco / Con...** ›

May 26, 2023, 5:03 PM

Your brother if you have time can I meet you over the house Tuesday I just wanted to fill you in what's going on me and the man me and you were always good thats if you want to have a good Memorial Day weekend if you're working stay safe brother

I meant man to man talk text messed that up lol

# Exhibit K

 

EAS. _RRITON WOMEN'S HEALTH CARE, P.C. • 325 W. GERMANTOWN PIKE, EAST NORRITON PA 19403-4227

ABEL, Stephanie (id #37098, dob: 06/06/1967)

*Exhibit ᒪ1-2*

## Past Medical History
Reviewed Past Medical History

## Screening
None recorded.

## HPI
sore on buttocks

## ROS
**Constitutional:** Constitutional: no fever, fatigue, or significant weight loss/gain.

**Cardiovascular:** Cardiovascular: no SOB or chest pain.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, or bowel movement changes.

**Genitourinary:** Genitourinary: no abnormal bleeding, flank pain, or trouble urinating; **sore spot on buttocks**.

**Psychological:** Psychiatric: no depression or alcoholism.

## Physical Exam
**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed.

**Psychiatric:** Orientation: to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Abdomen:** Auscultation/Inspection/Palpation: no tenderness, hepatomegaly, splenomegaly, masses, or CVA tenderness and soft, non-distended, and normal bowel sounds. Hernia: none palpated.

**Female Genitalia:** Vulva: no masses, atrophy, or lesions.

**Rectal Exam:** Rectum: **perianal laceration**.

## Assessment / Plan
1. **Superficial laceration of skin** -
Superficial laceration low back at the anal junction. Patient was instructed to use over-the-counter triple antibiotics for this.
   T14.8XXA: Other injury of unspecified body region, initial encounter

## Return to Office
Patient will return to the office as needed.

## Amendment Sign-Off
Encounter signed-off by D. Giuffrida Jr., DO, 07/25/2023.

Encounter performed and documented by ROSE MARIE KUNASZUK, CNM
Encounter reviewed & signed by ROSE MARIE KUNASZUK, CNM on 07/25/2023 at 2:19pm
Amendment closed by D. Giuffrida Jr., DO on 07/25/2023 at 4:03pm

*Exhibit h*
*2-2*

EAST ̲ ̲RITON WOMEN'S HEALTH CARE, P.C. • 325 W. GERMANTOWN PIKE, EAST NORRITON PA 19403-4227

## ABEL, Stephanie (id #37098, dob: 06/06/1967)

Last amended by D. Giuffrida Jr., DO on 07/25/2023 at 4:03pm

### Patient

| | | | |
|---|---|---|---|
| Name | ABEL, STEPHANIE (56yo, F) ID# 37098 | Appt. Date/Time | 07/25/2023 10:30AM |
| DOB | 06/06/1967 | Service Dept. | MAIN OFFICE |
| Provider | ROSE MARIE KUNASZUK, CNM | | |
| Insurance | Med Primary: BCBS-PA INDEPENDENCE BLUE CROSS (PPO) Insurance # : FFI121020261001 Prescription: POWERED BY BENECARD PBF – Member is eligible. | | |

### Chief Complaint

56 Y.O G P PT PRESENT TODAY FOR NP GYN PROBLEM
SXS- breaking out of buttocks
WHEN DID SXS START? 2 wks ago

### Patient's Pharmacies

CVS/PHARMACY #2159 (ERX): 2320-26 FAIRMOUNT AVENUE, PHILADELPHIA, PA 19130, Ph (215) 232-5264, Fax (215) 232-1549

### Vitals

Ht: 5 ft 3 in Standing 07/25/2023 10:33 am

Wt: 166.4 lbs With clothes 07/25/2023 10:33 am

BMI: 29.5 07/25/2023 10:33 am

BP: 112/76 sitting L arm 07/25/2023 10:37 am

### Allergies

Reviewed Allergies
EGG
MILK
SULFA (SULFONAMIDE ANTIBIOTICS)

### Medications

No medications reported

### Problems

Reviewed Problems
No known problems

### Family History

Reviewed Family History

### Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker

### Surgical History

Reviewed Surgical History

### GYN History

Reviewed GYN History
Menses Monthly: N.
Sexually active: Y.
Post menopausal x4y

### Obstetric History

Reviewed Obstetric History

| TOTAL | FULL | PRE | AB. I | AB. S | ECTOPICS | MULTIPLE | LIVING |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | 2 |

# Exhibit M




**BILL 4641**

| | | |
|---|---|---|
| **Issue date** | 6/8/2023 9:30:06 AM | **Customer** |
| **Taxation date** | 6/8/2023 | Albert Abel |
| **Issuer** | misha mosely | |

## STAY

| BILL ITEMS | CONSUMED | NET | COUNT | TOTAL |
|---|---|---|---|---|
| Stay 8450 (Albert Abel, 6/7/2023 - 6/8/2023, Double Queen, 304) | | | | |
| Night 6/7/2023 | 6/7/2023 | $249.00 | 1 | $249.00 |
| Total tax | | | | $38.60 |

| TOTAL | | $287.60 |
|---|---|---|

| TAX NAME | TAX RATE | NET | TAX |
|---|---|---|---|
| Pennsylvania State Hotel Occupancy Tax | 6 % | $249.00 | $14.94 |
| Philadelphia Hotel Occupancy Tax | 1 % | $249.00 | $2.49 |
| Philadelphia Hotel Tax | 8.5 % | $249.00 | $21.17 |
| Total | | | **$38.60** |

| PAYMENT | CONSUMED | TOTAL |
|---|---|---|
| Card payment (Visa ****5224) | 6/7/2023 | −$287.60 |
| Total | | −$287.60 |

| BALANCE | $0.00 |
|---|---|

## Exhibit N



# Exhibit O

3:05  85

  

Stephen Chairmonte / Capitol Adjustment

> To my recall I don't think that Troy was open to having a licensed contractor of our choice to come in and rip out everything that Anthony Fusco did and go from scratch. We can't trust nothing that Fusco did because he allowed my family and me to move back into our home all while knowing that our electric was on illegally. You saw the horror in my house, you even took pictures of it.

Yes, I do agree. Troy wasn't willing to match your terms exactly but he was willing to put a secondary contractor in there in which you could verify their licensing to make repairs. I know that wasn't a perfect solution for you, but I think it was the best he could do it that time

# Exhibit P

City of Philadelphia

An official website of the City of Philadelphia government  Here's how you know

## Find a Licensed Contractor
Search for contractors and tradespeople

Dashboard    Contractor Lookup

| Contractor ⌄ | Active ⌄ | Search by license holder, company, or # <br> Elite Emergency Services LLC | CLEAR ⊗  |
| --- | --- | --- | --- |

| Contact Name⬍ | Company Name⬍ | License Type⬍ | License Status⬍ | License Number⬍ | Issue Date⬍ | Expiration Date⬍ | Violation History⬍ |
| --- | --- | --- | --- | --- | --- | --- | --- |
| No matching records | | | | | | | |

To view specific permits listed with a contractor, visit **Contractor Permit Lookup**

Exhibit Q

Case 24-14370-amc   Doc 66-1   Filed 04/20/26   Entered 04/20/26 13:52:11   Desc
Exhibit      Page 21 of 26

State Farm

PAYMENT NO      5 13 664966 Q
PAYMENT AMOUNT  $10,158.18
ISSUE DATE      06-14-2023
AUTHORIZED BY   KERESTUS, KEVIN
PHONE           (844) 458-4300

CLAIM NO    38-50T0-25Q
LOSS DATE   06-05-2023
POLICY NO   38-GBU049-8
INSURED     ABEL, STEPHANIE

STEPHANIE ABEL
1313 N 26TH ST
PHILADELPHIA PA  19121-4603

REMARKS    Net RCV building payment and contents services payment

| COVERAGE DESCRIPTION | ON BEHALF OF | AMOUNT |
|---|---|---|
| WATER OR FREEZING – BUILDING | ABEL, STEPHANIE | 6,228.98 |
| WATER OR FREEZING – PERSONAL PROPERTY | ABEL, STEPHANIE | 3,929.20 |

RETAIN STUB FOR RECORDS

**Exhibit R 1-2**

PHILADELPHIA F.C.U. • PHILADELPHIA, PA 19154                                 No. 0000449634

Account ~~XXXXXXXX~~ ABEL,STEPHANIE R   Effect: 06/23/23 Post: 06/23/23 Tlr: 1017

| ID | DUE DATE | PRINCIPAL | Interest | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|----|----------|-----------|----------|------|-------------|-------------|-----|

Withdrawal from REGULAR SAVINGS
0001          4,075.00-      0.00      0.00    32,371.25      4,075.00 #431938

Check Disbursed ROTO-ROOTER                                          4,075.00-

Purpose of check: SHARE WITHDRAWAL                             03 0000449634

---

PHILADELPHIA F.C.U. • PHILADELPHIA, PA 19154                                 No. 0000449634

Account ~~XXXXXXXX~~ ABEL,STEPHANIE R   Effect: 06/23/23 Post: 06/23/23 Tlr: 1017

| ID | DUE DATE | PRINCIPAL | Interest | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|----|----------|-----------|----------|------|-------------|-------------|-----|

Withdrawal from REGULAR SAVINGS
0001          4,075.00-      0.00      0.00    32,371.25      4,075.00 #431938

Check Disbursed ROTO-ROOTER                                          4,075.00-

Purpose of check: SHARE WITHDRAWAL                             03 0000449634

# Exhibit R 2-2

Case 24-14370-amc   Doc 66-1   Filed 04/20/26   Entered 04/20/26 13:52:11   Desc
Exhibit      Page 23 of 26

PHILADELPHIA F.C.U. • PHILADELPHIA, PA 19154

No. 0000449635

Account ~~xxxxxxxx~~ ABEL, STEPHANIE R   Effect: 06/23/23 Post: 06/23/23 Tlr: 1017

| ID | DUE DATE | PRINCIPAL | Interest | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|----|----------|-----------|----------|------|-------------|-------------|-----|
| Withdrawal from REGULAR SAVINGS | | | | | | | |
| 0001 | | 4,075.00- | 0.00 | 0.00 | 28,296.25 | 4,075.00 | #432182 |

Check Disbursed ROTO-ROOTER

4,075.00-

Purpose of check: SHARE WITHDRAWAL

03 0000449635

---

PHILADELPHIA F.C.U. • PHILADELPHIA, PA 19154

No. 0000449635

Account ~~xxxxxxxx~~ ABEL, STEPHANIE R   Effect: 06/23/23 Post: 06/23/23 Tlr: 1017

| ID | DUE DATE | PRINCIPAL | Interest | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|----|----------|-----------|----------|------|-------------|-------------|-----|
| Withdrawal from REGULAR SAVINGS | | | | | | | |
| 0001 | | 4,075.00- | 0.00 | 0.00 | 28,296.25 | 4,075.00 | #432182 |

Check Disbursed ROTO-ROOTER

4,075.00-

Purpose of check: SHARE WITHDRAWAL

03 0000449635

Exhibit 5 1-2

Case 24-14370-amc   Doc 66-1   Filed 04/20/26   Entered 04/20/26 13:52:11   Desc
Exhibit   Page 24 of 26

PHILADELPHIA F.C.U. • PHILADELPHIA, PA 19154                     No. 0000449833

Account ~~XXXXXXXX~~ ABEL, STEPHANIE R   Effect: 06/27/23 Post: 06/27/23 Tlr: 2170

| ID | DUE DATE | PRINCIPAL | Interest | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|----|----------|-----------|----------|------|-------------|-------------|-----|
| Withdrawal from REGULAR SAVINGS | | | | | | | |
| 0001 | | 2,175.00- | 0.00 | 0.00 | 26,495.25 | 2,175.00 | #384084 |

Check Disbursed SERV PRO                                         2,175.00-

Purpose of check:                                               03 0000449833

---

PHILADELPHIA F.C.U. • PHILADELPHIA, PA 19154                     No. 0000449833

Account ~~XXXXXXXX~~ ABEL, STEPHANIE R   Effect: 06/27/23 Post: 06/27/23 Tlr: 2170

| ID | DUE DATE | PRINCIPAL | Interest | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|----|----------|-----------|----------|------|-------------|-------------|-----|
| Withdrawal from REGULAR SAVINGS | | | | | | | |
| 0001 | | 2,175.00- | 0.00 | 0.00 | 26,495.25 | 2,175.00 | #384084 |

Check Disbursed SERV PRO                                         2,175.00-

Purpose of check:                                               03 0000449833

# Exhibit 52-2

Case 24-14370-amc   Doc 66-1   Filed 04/20/26   Entered 04/20/26 13:52:11   Desc Exhibit    Page 25 of 26

PHILADELPHIA F.C.U. • PHILADELPHIA, PA 19154

No. 0000449834

Account ~~XXXXXXX~~ ABEL, STEPHANIE R  Effect: 06/27/23 Post: 06/27/23 Tlr: 2170

| ID | DUE DATE | PRINCIPAL | Interest | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|----|----------|-----------|----------|------|-------------|-------------|-----|
| Withdrawal from REGULAR SAVINGS | | | | | | | |
| 0001 | | 2,175.00- | 0.00 | 0.00 | 24,320.25 | 2,175.00 | #384564 |

Check Disbursed SERV PRO                                    2,175.00-

Purpose of check:                                          03 0000449834

---

PHILADELPHIA F.C.U. • PHILADELPHIA, PA 19154

No. 0000449834

Account ~~XXXXXXX~~ ABEL, STEPHANIE R  Effect: 06/27/23 Post: 06/27/23 Tlr: 2170

| ID | DUE DATE | PRINCIPAL | Interest | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|----|----------|-----------|----------|------|-------------|-------------|-----|
| Withdrawal from REGULAR SAVINGS | | | | | | | |
| 0001 | | 2,175.00- | 0.00 | 0.00 | 24,320.25 | 2,175.00 | #384564 |

Check Disbursed SERV PRO                                    2,175.00-

Purpose of check:                                          03 0000449834

# Exhibit T

**Prepared For**

Albert Abel
1313 N 26th St.
Philadelphia, Pa 19121
(215) 206-8655

**Muller Wilkin Concrete Solutions**

6237 Tackawanna st
Philadelphia , Pa 19135
Phone: (267) 752-0689
Email: mullerwilkinconcrete@gmail.com

| Estimate # | 127 |
| --- | --- |
| Date | 10/09/2023 |

| Description | Total |
| --- | --- |
| Excavation of black top and dirt, down 4in and pouring new concrete of 2 sidewalk blocks 7ft7in by 4ft | $600.00 |

| | |
| --- | --- |
| Subtotal | $600.00 |
| Total | $600.00 |

**Notes:**

Price includes all labor and materials and debris dumping cost

Albert Abel

**Prepared For**

Albert Abel
1313 N 26th St.
Philadelphia, Pa 19121
(215) 206-8655

**Muller Wilkin Concrete Solutions**

6237 Tackawanna st
Philadelphia , Pa 19135
Phone: (267) 752-0689
Email: mullerwilkinconcrete@gmail.com

| Estimate # | 127 |
| --- | --- |
| Date | 10/09/2023 |

| Description | Total |
| --- | --- |
| Excavation of black top and dirt, down 4in and pouring new concrete of 2 sidewalk blocks 7ft7in by 4ft | $600.00 |

| | |
| --- | --- |
| Subtotal | $600.00 |
| Total | $600.00 |

**Notes:**

Paid in full 10/9/23