# Exhibit T

Prepared For

Albert Abel
1313 N 26th St.
Philadelphia, Pa 19121
(215) 206-8655

**Muller Wilkin Concrete Solutions**

6237 Tackawanna st
Philadelphia , Pa 19135
Phone: (267) 752-0689
Email: mullerwilkinconcrete@gmail.com

| Estimate # | 127 |
| --- | --- |
| Date | 10/09/2023 |

| Description | Total |
| --- | --- |
| Excavation of black top and dirt, down 4in and pouring new concrete of 2 sidewalk blocks 7ft7in by 4ft | $600.00 |

| | |
| --- | --- |
| Subtotal | $600.00 |
| Total | $600.00 |

Notes:

Price includes all labor and materials and debris dumping cost

---

Albert Abel

Prepared For

Albert Abel
1313 N 26th St.
Philadelphia, Pa 19121
(215) 206-8655

**Muller Wilkin Concrete Solutions**

6237 Tackawanna st
Philadelphia , Pa 19135
Phone: (267) 752-0689
Email: mullerwilkinconcrete@gmail.com

| Estimate # | 127 |
| --- | --- |
| Date | 10/09/2023 |

| Description | Total |
| --- | --- |
| Excavation of black top and dirt, down 4in and pouring new concrete of 2 sidewalk blocks 7ft7in by 4ft | $600.00 |

| | |
| --- | --- |
| Subtotal | $600.00 |
| Total | $600.00 |

Notes:

Paid in full 10/9/23

# Exhibit U



 tfluke_1117 · Follow

 tfluke_1117 I had a craving for some lamb that night, one of the locals recommended this place. Not only was the food phenomenal there was some great conversation with the owner and his staff. I skated out of there in time for them to break their fast and enjoy celebrating Ramadan with their family and friends. @brsdeveci

91w

brsdeveci

91w   Reply

♡  ○  ⏵                                                                ⬚

28 likes

April 4, 2023

☺  Add a comment...

**⅗ Citizens**™

CITIZENS BANK, N.A. 385
1881 STREET ROAD
BENSALEM, PA 19020

July 17, 2023

To whom it may concern;

This letter is to confirm that our customer CAPITOL ADJUSTMENT LLC issued a check in the amount of $82,499.43 on 02/21/2023 to Elite Emergency Services LLC, which was paid/cleared on 02/23/2023 as confirmed on our statements. A verified check image is attached for your reference. Please feel free to contact me with any questions at the information below.

All the best,

Dean Cherouri
Branch Manager
Assistant Vice President
NMLS ID# 1642503
Brookwood
Citizens Bank
1881 Street Road, PA 19020
215-639-0207 (tel) | 215-639-2896(fax)
noureddine.cherouri@citizensbank.com

Case 24-14370-amc   Doc 66-2   Filed 04/20/26   Entered 04/20/26 13:52:11   Desc Exhibit   Page 4 of 17

PHILADELPHIA F.C.U. ● PHILADELPHIA, PA 19154

No. 0000456014

Account ~~XXXXXXXX~~ ABEL, STEPHANIE R   Effect: 10/02/23 Post: 10/02/23 Tlr: 2083

| ID | DUE DATE | PRINCIPAL | Interest | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|----|----------|-----------|----------|------|-------------|-------------|-----|
| Withdrawal from REGULAR SAVINGS | | | | | | | |
| 0001 | | 3,500.00- | 0.00 | 0.00 | 16,610.64 | 3,500.00 | #583058 |

Check Disbursed DEMETRIUS J. PARRISH JR.

3,500.00-

Purpose of check:

03 0000456014

PHILADELPHIA F.C.U. ● PHILADELPHIA, PA 19154

No. 0000456014

Account ~~XXXXXXXX~~ ABEL, STEPHANIE R   Effect: 10/02/23 Post: 10/02/23 Tlr: 2083

| ID | DUE DATE | PRINCIPAL | Interest | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|----|----------|-----------|----------|------|-------------|-------------|-----|
| Withdrawal from REGULAR SAVINGS | | | | | | | |
| 0001 | | 3,500.00- | 0.00 | 0.00 | 16,610.64 | 3,500.00 | #583058 |

Check Disbursed DEMETRIUS J. PARRISH JR.

3,500.00-

Purpose of check:

03 0000456014

*Exhibit W 2-3*



7715 Crittenden Street #360

Philadelphia, Pa. 19118

Phone: 215-735-3377 / Fax: 215-827-5420

E-Mail: Demetrius @djpesq.com

Web: www.djpesq.com or

www.phillybankruptcy.com

THE LAW OFFICE OF

# Demetrius J. Parrish, Jr.

September 26, 2023

Via Email to: Constantvalue@hotmail.com

Mr. Albert Abel

1313 N. 26th Street

Philadelphia, Pa. 19121

Dear Mr. Abel:

You have requested me to represent you in a legal matter in Philadelphia, Pa. With respect to this representation, I shall be guided by the following understandings and agreements:

1. In connection with the services to be performed, it is difficult and impossible at this time to specify the exact nature, extent difficulty of the contemplated services and attorney's time involved. I shall exert effort at all times to represent your interests and rights, and if possible to seek an amicable resolution of this matter.

2. In connection with the services rendered, or to be rendered, it is understood and agreed that said services shall be compensated at an hourly rate of $350.00 per hour.

3. In consideration of the services performed, or to be performed, you are to pay to me at this time the sum of $3,500.00 plus any applicable filing fees which shall be credited as a payment on account of services rendered.

4. In addition, you are to be responsible for all necessary and reasonable legal costs and expenses incurred or paid out in the performance of my services. These consist and expenses shall include by specification: filing fees, subpoena costs, deposition costs, fees of process servers, toll charges, local travel expenses, duplication expenses, facsimile charges, and any other necessary expenses. If I advance any costs or expenses, you shall forthwith reimburse me upon my furnishing to you information as to the amount unless said amount can be charged against any available retainer remaining in your account.

In representing you in this matter I cannot and do not warrant or predict results or final developments. Nevertheless, be assured that it is my desire to afford you conscientious, faithful, and diligent services, seeking at all times to achieve solutions that are just and reasonable for you.

*Exhibit W 3-3*

Albert Abel
Pg. 2

     If the foregoing meets with your approval, kindly signify your consent
and approval by signing your name in the space provided below, insert the date, and return the
original of this letter to me along with your retainer check.

Thank you.

Very truly yours,

Demetrius J. Parrish, Jr.

CONSENTED TO AND APPROVED:

DocuSigned by:

1D0C722822624D3...

Albert Abel

Date: 10/3/2023

# Exhibit X

3:46   .ıl 🛜 82

  🎥

**Stephen Chairmonte / Capitol Adjustment**

Oct 20, 2023 at 2:13 PM

> By the way we met with Troy and his wife Elizabeth at the Ritz Diner last month. Troy told us that he worked at Capitol as a public adjuster in the past, why didn't you share that information with my wife and I?

Hey Mr. Abel,

I am glad that you guys were able to meet. Hopefully something productive came from the conversation and meeting. I would love nothing more than to hear positive news from you!

Troy did work here for a short period of time. It was more of a temporary position as we knew Troy was starting his own business. His capacity at my Firm was different than his capacity as a business owner. I didn't intentionally withhold the fact that he began his Public Adjustment career at my firm it just didn't come up.

Troy has been in this industry longer than me but primarily on the restoration side of the business.

> Well it was a respectful meeting but it wasn't positive. Troy and Elizabeth both took responsibility for what happened but they both said that they

3:47   .ıl 🛜 82

 🎥

**Stephen Chairmonte / Capitol Adjustment**

> month. Troy told us that he worked at Capitol as a public adjuster in the past, why didn't you share that information with my wife and I?

Hey Mr. Abel,

I am glad that you guys were able to meet. Hopefully something productive came from the conversation and meeting. I would love nothing more than to hear positive news from you!

Troy did work here for a short period of time. It was more of a temporary position as we knew Troy was starting his own business. His capacity at my Firm was different than his capacity as a business owner. I didn't intentionally withhold the fact that he began his Public Adjustment career at my firm it just didn't come up.

Troy has been in this industry longer than me but primarily on the restoration side of the business.

> Well it was a respectful meeting but it wasn't positive. Troy and Elizabeth both took responsibility for what happened but they both said that they honestly don't have the money to refund my wife and I. So that's why we are going to apply for the loan.

Exhibit Y



TROY FLUKE
PUBLIC ADJUSTER
PA LIC#993965
NJ LIC#3001373608

OFFICE:215-390-2715
CELL: 215-480-5230
OFFICE@PLATINUMADJUSTMENT.COM
TROY@PLATINUMADJUSTMENT.COM
847 BRISTOL PIKE
BENSALEM, PA 19020

PLATINUM
ADJUSTMENT LLC

## Exhibit Z











## Exhibit AA









## Exhibit BB





## Exhibit CC



## Exhibit DD



*EE*

Chestnut Hill Hospital Emergency Department
8835 Germantown Ave.
Philadelphia, PA 19118
215-248-8565

| | | | | |
|---|---|---|---|---|
| Receipt #: | 8280041 | Payment Date: | 8/21/23 | |
| Guarantor ID: | 101398683 | Guarantor Name: | Noah Abel | |
| Patient Name: | Noah Abel | Department: | CTHH EMERGENCY | |
| Preferred Name: | Noah Abel | | | |
| Visit Type: | | Provider: | | |
| Coverage: | Ibx-independence Blue Cross | Co-Pay Due: | $25.00 | |

| Account # | Appt/Admit Date | Type | Source | Reference | Payment |
|---|---|---|---|---|---|
| 800000134404 | 8/21/2023 | Copay | Credit Card | 022415 Visa x5224 | $25.00 |

Total Amount: $25.00

Credit Card Auth code: 022415
Credit Card brand: Visa
Credit Card Tx ID: 82edfaf055134755a380354e18456d68 [CP Status]
Credit Card Holder: ALBERT J ABEL III
Credit Card Last 4 Digits: 5224

Collected by: Cierra

Exhibit FF

**Photo: Some of the receipts from take-out.**



*Exhibit G-1-2*

# GEN3

Your Friendly Neighborhood Home Experts

**GEN3 Electric**

1257 S 26th Street Philadelphia Pa, 19146

(215) 512-4102 | www.gen3electric.com

Contractor: PA015898 | Philly License: 17756

1257 S 26th Street Philadelphia Pa, 19146

(215) 512-4102 | www.gen3electric.com

Contractor: PA015898 | Philly License: 17756

| | |
|---|---|
| Invoice | 146832552 |
| Invoice Date | 11/22/2023 |
| Completed Date | 11/22/2023 |
| Customer PO | |
| Payment Term | Due Upon Receipt |
| Due Date | 11/22/2023 |

**Billing Address**
Albert Abel
1313 North 26th Street
Philadelphia, PA 19121 USA

**Job Address**
Albert Abel
1313 North 26th Street
Philadelphia, PA 19121 USA

## Description of Work

This estimate covers the replacement of the entire electrical service including the meter socket, cabling with connections to PECO, breaker panel and all breakers and installs a complete grounding system. After the service is replaced and power is restored, an evaluation can be done on the electrical work that was done by a separate contractor to determine if any areas of the home are still powered by the old wiring.

| Task # | Description | Quantity | Your Price | Your Total |
|---|---|---|---|---|
| ED-100amp 30ckt Homeline PKG | GEN3 installs the electrical service you need today and one that will meet your home's needs for years to come. GEN3 complies with the most current safety and code standards allowing you to avoid future hassles as code adoption requirements change. GEN3 also uses higher-quality materials designed for long-term safety and reliability. | 1.00 | $3,597.62 | $3,597.62 |

- The cable from the meter to PECO's power grid
- A meter socket sized for the total amperage of your home
- New cable from the meter to the panel.
- 100amp Main breaker 30 space 60 circuit Homeline panel
- Two 8-foot copper ground rods driven into the earth
- Copper grounding to the water meter with safety bonding.
- New properly sized backer board for your panel and equipment
- Dedicated GFCI outlet near the panel
- Panel Labeling for general branch circuit types.

***This Equipment comes with a 10-year manufactures warranty***
AFCI Breakers are not included. AHJ in some municipalities may require some circuits to be upgraded to AFCI-protected breakers.

| # | Description | Total |
|---|---|---|
| P&I-0285 | GEN3 will apply for permit in governing municipality for your home and hire required third party underwriter or inspector. Once the permit application has been submitted, this fee is nonrefundable. | $285.00 |
| | Minimum fee starts at $250 for projects up to $3000 and increases in increments of $35 for each additional $1000 of project costs. $3,001 to $4,000 Permit $285 | |
| | Please note, this fee is based on permit charges for the City of Philadelphia. Municipalities in Delaware and Montgomery counties may charge higher fees. If municipality fees charged are higher, additional charges for permit will be billed. | |
| | This price includes an inspection once your project is complete. You will receive a call from United Inspection Agency to arrange a time to review the work done. This is the last step in the permit process and will close out the permit obtained for your property. | |

| Paid On | Type | Memo | Amount |
|---|---|---|---|
| 11/21/2023 | Cash | 30% Deposit | $1,162.62 |
| 11/29/2023 | Cash | | $2,720.00 |
| | | Sub-Total | $3,882.62 |
| | | Tax | $0.00 |

Exhibit GB 2-2

| | |
|---|---|
| Total Due | $3,882.62 |
| Payment | $3,882.62 |
| Balance Due | $0.00 |

Financing is available, please call the office for more details.
http://www.generation3electric.com/financing

All work comes with a 2 year warranty, with the exception of light bulbs, which are under warranty for 30 days. If during the completion of a job, there are issues with the construction of a building that require our work plan to be changed, options will be presented before any plan changes are made.

Please note, surface damage to walls and ceilings can occur during electrical work. As a courtesy we provide one coat of patch that will restore surface to 1/8 inch of original surface. Additional patch coats may need to be applied by homeowner before painting. Painting is the responsibility of the homeowner.

Architectural and/or Engineering drawing are the responsibility of the building owner and maybe required by the Authority having jurisdiction.

All penetrations through the exterior structure will be sealed at the time of installation. All penetrations should be inspected annually and monitored by the homeowner or professionals for leaks. Roof penetrations will have a guarantee for 1 year from the time of installation. After that period all penetrations should be maintained by the homeowner's roofing professional.

I HEREBY AUTHORIZE GEN3 TO PROCEED WITH THE WORK DETAILED IN THE $3,875.78, and represent that I am empowered to authorize service on the premises listed here. I authorize GEN3 Electric to perform said work and to use such labor and materials as GEN3 deems advisable. I understand that the total price may change if there is additional work requested beyond the original scope of work.

Terms and Conditions

11/22/2023
I hereby acknowledge that GEN3 Electric satisfactorily completed the agreed upon work totaling $3,882.62. SIGN HERE WHEN YOU ARE 100% SATISFIED WITH OUR WORK.

11/22/2023