**From:** **Stephanie Abel** noahsolomon@comcast.net
**Subject:** As Requested
**Date:** April 30, 2026 at 9:00 AM
**To:** Robert Holber rholber@holber.com

Mr. Abert J. Abel III
1313 North 26th Street
Philadelphia, PA 19121

April 30, 2026

Mr. Robert H. Holber, Esquire
**Case No.:** 24-14370
**Debtor:** Mrs. Elizabeth Boutcher Fluke

Dear Trustee Holber,

In accordance with the request of the Honorable Judge Ashley Chan, the case number is October Term, 2023 No.: 2498. This information is crucial for the ongoing proceedings, and I appreciate your attention to this matter.

Thank you,
Mr. Abert J. Abel III



**From:** **Robert Holber** rholber@holber.com
**Subject:** RE: As Requested
**Date:** April 30, 2026 at 9:30 AM
**To:** Stephanie Abel noahsolomon@comcast.net

Thank you for the information.  Please advise as to in which court this case has been filed.

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) (610) 565-5463
(F) (610) 565-5474
rholber@holber.com

**From:** Stephanie Abel <noahsolomon@comcast.net>
**Sent:** Thursday, April 30, 2026 9:00 AM
**To:** Robert Holber <rholber@holber.com>
**Subject:** As Requested

Mr. Abert J. Abel III
1313 North 26th Street
Philadelphia, PA 19121

April 30, 2026

Mr. Robert H. Holber, Esquire
**Case No.:** 24-14370
**Debtor:** Mrs. Elizabeth Boutcher Fluke

Dear Trustee Holber,

In accordance with the request of the Honorable Judge Ashley Chan, the case number is October Term, 2023 No.: 2498. This information is crucial for the ongoing proceedings, and I appreciate your attention to this matter.

Thank you,
Mr. Abert J. Abel III



**From:** **Stephanie Abel** noahsolomon@comcast.net
**Subject:** Re: As Requested
**Date:** April 30, 2026 at 11:34 AM
**To:** Robert Holber  rholber@holber.com

COURT OF COMMON PLEAS

PHILADELPHIA COUNTY

Docket No.: October Term, 2023 No.: 2498



**From:** **Robert Holber** rholber@holber.com
**Subject:** RE: As Requested
**Date:** April 30, 2026 at 3:02 PM
**To:** Stephanie Abel noahsolomon@comcast.net

I looked at the case .   It is Abel, et al v. Fusco, et al.  Case ID 231002498

It is a civil case not a criminal case.  There is a difference.  Civil cases may be put on hold due to the filing of a bankruptcy case.  Criminal cases are generally not stopped due to a bankruptcy.

Robert H. Holber, Esquire
LAW OFFICES OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063
(P) (610) 565-5463
(F) (610) 565-5474
rholber@holber.com

-----Original Message-----
From: Stephanie Abel <noahsolomon@comcast.net>
Sent: Thursday, April 30, 2026 11:34 AM
To: Robert Holber <rholber@holber.com>
Subject: Re: As Requested


COURT OF COMMON PLEAS

PHILADELPHIA COUNTY

Docket No.: October Term, 2023 No.: 2498

**From:** **Stephanie Abel** noahsolomon@comcast.net
**Subject:** Re: As Requested
**Date:** April 30, 2026 at 4:03 PM
**To:** Robert Holber rholber@holber.com

Mrs Stephanie Abel
1313 North 26th Street
Philadelphia, PA 19121
215-206-8655
noahsolomon@comcast.net

April 30, 2026

Mr. Robert H. Holber, Esquire
**Case No.:** 24-14370
**Debtor:** Mrs. Elizabeth Boutcher Fluke

Dear Trustee Holber,

Once we (Mr. Abel and I) gained access to our vehicle, we acknowledged that we had accidentally provided incorrect information. To clarify: it is indeed a civil case, and not a criminal case. We understand the distinction between the two. A civil case can be put on hold due to a bankruptcy filing, whereas a criminal case generally is not affected by bankruptcy.

We did speak with someone from District Attorney Kranser's office, and we have also filed a police report.

That being said, you are knowledgeable about the law concerning courts in jurisdictions where you do not reside. However, in the court where you do reside, you did not subpoena all bank records from Citizen Bank and First American Bank. I find this situation perplexing.

Sincerely,
Mrs. Stephanie Abel