Mr. Albert J. Abel III
1313 North 26th Street
Philadelphia, PA 19121
constantvalue@hotmail.com
215-206-8655

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
noahsolomon@comcast.net
215-570-8655

June 3, 2026

The Honorable Ashley Chan
900 Market Street
Philadelphia, PA 19107-4299



---

Please obtain Mrs. Elizabeth Wheatly Boutcher Fluke's bank records.

Mrs. Elizabeth Wheatly Boutcher Fluke (Elite Emergency
                                        Services, LLC.)

**Citizens Bank1:**
Account Number: 6314727123

**Citizens Bank 2:** Trustee Robert Holber has the second
            Citizens Bank account number.

**First America Bank:**
Account Number: 7815377801 This is the bank account where the **$12,000.00** went.