**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                         :Chapter 7
                                               :
ELITE EMERGENCY SERVICES, LLC                  :
                                               :
                                               :
          Debtor                               :BANKRUPTCY NO.  24-14370- AMC


**ORDER APPROVING TRUSTEE'S FINAL REPORT**


            AND NOW, this  4th    day of     June,          2026 upon consideration of

Trustee's Final Report (the "Final Report"), and after notice and hearing,

            IT IS HEREBY  ORDERED AND DECREED that the Final Report is

APPROVED.


                              BY THE COURT


                              _____
                              Ashely M. Chan, Judge