United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-14370-amc

Elite Emergency Services, LLC                                              Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID**             **Recipient Name and Address**
db                      Elite Emergency Services, LLC, 8362 State Rd Ste E, Philadelphia, PA 19136-2932

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

DEAN E. WEISGOLD
          on behalf of Interested Party c/o Dean Weisgold  E Capitol Adjustment, LLC dean@weisgoldlaw.com, 2rainman@comcast.net

ELIZA GARIFULLINA
          on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com

ELIZA GARIFULLINA
          on behalf of Debtor Elite Emergency Services  LLC ANHSOrlans@InfoEx.com

KRISTEN WETZEL LADD
          on behalf of Creditor Citizens Bank  N.A. kladd@utbf.com, ddays@utbf.com

MICHAEL A. CIBIK
          on behalf of Debtor Elite Emergency Services  LLC help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROBERT H. HOLBER
          trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
          on behalf of Barry B Slosberg trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER

District/off: 0313-2                          User: admin                                      Page 2 of 2

Date Rcvd: Jun 04, 2026                       Form ID: pdf900                                  Total Noticed: 1

on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                    :Chapter 7
                                                          :
ELITE EMERGENCY SERVICES, LLC          :
                                                          :
                                                          :
            Debtor                                  :BANKRUPTCY NO.  24-14370- AMC


**ORDER APPROVING TRUSTEE'S FINAL REPORT**


AND NOW, this  4th    day of    June,            2026 upon consideration of

Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY  ORDERED AND DECREED that the Final Report is

APPROVED.


BY THE COURT


_____
Ashely M. Chan, Judge