United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 24-14370-amc

Elite Emergency Services, LLC                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                           User: admin                                Page 1 of 2

Date Rcvd: Jun 05, 2026                    Form ID: pdf900                      Total Noticed: 8

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Elite Emergency Services, LLC, 8362 State Rd Ste E, Philadelphia, PA 19136-2932 |
| NONE | | Barry B Slosberg, Alan B. LeCoff, 3455 Edgemont Street, Philadelphia, PA 19134 |
| cr | | Citizens Bank, N.A., 8362 STATE RD, Short Hills, NJ 07078 |
| cr | + | Mr. & Mrs. Albert J. Abel III, 1313 North 26th Street, Philadelphia, PA 19121-4603 |
| intp | + | c/o Dean Weisgold, E Capitol Adjustment, LLC, 1835 Market Street, Suite 1215, Philadelphia, PA 19103-2912 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 06 2026 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 06 2026 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2026 00:33:31 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026                        Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2                          User: admin                                          Page 2 of 2
Date Rcvd: Jun 05, 2026                       Form ID: pdf900                                       Total Noticed: 8

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

DEAN E. WEISGOLD
                         on behalf of Interested Party c/o Dean Weisgold  E Capitol Adjustment, LLC dean@weisgoldlaw.com, 2rainman@comcast.net

ELIZA GARIFULLINA
                         on behalf of Debtor Elite Emergency Services  LLC ANHSOrlans@InfoEx.com

ELIZA GARIFULLINA
                         on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com

KRISTEN WETZEL LADD
                         on behalf of Creditor Citizens Bank  N.A. kladd@utbf.com, ddays@utbf.com

MICHAEL A. CIBIK
                         on behalf of Debtor Elite Emergency Services  LLC help@cibiklaw.com,
                         noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
                         m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROBERT H. HOLBER
                         trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
                         on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
                         on behalf of Barry B Slosberg trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee
                         USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                    :Chapter 7
                                                          :
ELITE EMERGENCY SERVICES, LLC                             :
                                                          :
                                                          :
                                                          :
              Debtor                                      :BANKRUPTCY NO. 24-14370- AMC

**ORDER OF DISTRIBUTION**

AND NOW, this 5th     day of   June                    2026 , the Trustee

Robert H. Holber, is hereby ordered and directed to (i) distribute to the parties in

interest listed in the Trustee's Proposed Distribution, estate monies in the amount indicated in

such Distribution, within (10) days after the appeal period for this order expires, and (ii) transmit

to the United States Trustee, within one hundred and twenty five (125) days after the appeal

period for this order expires, statements for all estate deposit or investment accounts indicating

zero balances and all cancelled checks corresponding to disbursements of estate funds as shown

in the Trustee's Final Report.

_____
Ashely M. Chan
United States Bankruptcy Judge