Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
Phone: 215-570-8655
Email: noahsolomon@comcast.net



June 15, 2026

The Honorable Ashley Chan
900 Market Street
Philadelphia, PA 19107-4299

**Case No.:** 24-14370
**Debtor:** Mrs. Elizabeth Boutcher Fluke

Dear Honorable Ashley Chan:

Hello. How are you doing? I hope you and your loved ones are doing well.

Judge Chan, I am writing to you as I am inexperienced with this classification of procedure and hope I am proceeding precisely.

Early in the bankruptcy proceedings, Trustee Holder informed Mr. Abel and me that Mrs. Boutcher Fluke had forty thousand dollars to contribute towards her debt.

I am requesting respectfully that you consider one of the three options that Trustee Holber has presented to the court with a modification. The modification would be monthly installments of the remaining debt.

The First Option: On April 8, 2026, Trustee Holber presented to the court that Mr. Abel and I should receive $42,109.80. I am asking to receive the $42,109.80 with monthly installments of the remaining debt of $40,389.63.

The Second Option: On April 29, 2026, Trustee Holber presented to the court that Mr. Abel and I should receive $25,139.60. I am asking to receive the $25,139.60 with monthly installments of the remaining debt of

$57, 359.83.

The Third Option: Mrs. Boutcher Fluke owes the entire $82,499.43, which can be paid in monthly installments.

I do not wish to be perceived as unreasonable or punitive. However, if I am not reimbursed the full amount of $82,499.43 that Mrs. Boutcher Fluke's company, Elite Emergency, LLC, received for the repair of my home following the fire, I will have no choice but to pursue all available legal remedies, including presenting the matter to the appropriate law enforcement authorities.

I do not intend to expend any additional financial resources on this matter. Instead, I will submit the evidence and documentation in my possession to the proper authorities for their review and determination.

I make this recommendation not out of malice, but because I sincerely hope to avoid a situation

in which Mrs. Boutcher Fluke faces criminal consequences that could have a significant impact

on both her and her family, including her children.

Sincerely,
Mrs. Stephanie R. Abel

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

In Re: § 

§ 

Elite Emergency Services, Llc § Case No. 24-14370

§ 

Debtor(s) §

---

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ROBERT H. HOLBER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 PM on 04/08/2026 in Courtroom 4,

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA  19107-4299

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/09/2026          By: Robert H. Holber

Robert H. Holber, Trustee

_Robert H. Holber_
_41 E. Front Street_
_Media PA 19063_

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $ 0.00

Remaining Balance     $ 42,109.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $82,499.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Albert And Stephanie Abel | $ 82,499.43 | $ 0.00 | $ 42,109.80 |
| 2 | City Of Philadelphia Law Department | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 42,109.80

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Elite Emergency Services, Llc | § | Case No. 24-14370 |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ROBERT H. HOLBER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 PM on 04/29/2026 in Courtroom 4,

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA  19107-4299

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/09/2026

By: Robert H. Holber
Robert H. Holber, Trustee

*Robert H. Holber*
*41 E. Front Street*
*Media PA 19063*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $ 0.00

Remaining Balance     $ 42,059.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $138,024.05 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Albert And Stephanie Abel | $ 82,499.43 | $ 0.00 | $ 25,139.60 |
| 2 | City Of Philadelphia Law Department | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | Citizens Bank N.A. | $ 55,524.62 | $ 0.00 | $ 16,919.71 |

Total to be paid to timely general unsecured creditors     $ 42,059.31

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE