**From:** **Stephanie Abel** noahsolomon@comcast.net
**Subject:** Please Answer
**Date:** September 10, 2026 at 8:37 AM
**To:** demetrius Parrish djpesq@gmail.com
**Cc:** Robert Holber rholber@holber.com

SA

Mrs. Stephanie R. Abel
1313 North 26th Street
Philadelphia, PA 19121
Phone: 215-570-8655
Email: noahsolomon@comcast.net

24-14370

September 10, 2026

Mr. Demetrius J. Parrish Jr., Esquire
7715 Crittenden Street #360
Philadelphia, PA 19118
215-735-3377
215-827-5420 (Fax)

Dear Mr. Parrish,

Hello. I hope your family is doing well. Mr. Parrish, in our last conversation on September 8, 2026, around **2:52** pm, you stated that a judgment of twenty thousand dollars was entered against Elite Emergency Service, LLC, and that we need to call Mr. Holber.

Yesterday, September 9, 2026, at 9:53, Mr. Abel and I went to the U. S. Bankruptcy Court for the District of Pennsylvania (Philadelphia), at Robert N. C. Nix, Sr. Federal Building and Courthouse, located at 900 Market Street, Suite 400, Philadelphia, PA 19107, and received an updated court document for our case.

No monetary judgment was entered against Elite Emergency Service, LLC, Mrs. Elizabeth Boutcher Fluke.

**Three things:**

1. I need to see documentation proving the monetary judgment entered against Elite Emergency Service, LLC, Mrs. Elizabeth Boutcher Fluke.

2. Why were you looking into Mr. Abel and my court case against Elite Emergency Service, LLC, Mrs. Elizabeth Boutcher Fluke, because you were not our attorney at that time or during any of the bankruptcy court proceedings?

3. Did you at any time have a conversation with Trustee Robert Holber or any legal person/s regarding our case against Elite Emergency Service, LLC, Mrs. Elizabeth Boutcher Fluke? Yes or no, and if yes, with whom?

Mr. Parrish, if I do not see proof of court documentation regarding the monetary judgment that was entered against Elite Emergency Service, LLC, Mrs. Elizabeth Boutcher Fluke, or the answering of my questions by you by the end of the day on Thursday, September 10, 2026, then on Friday morning, September 11, 2026, I will enter this letter into my filings for Judge Ashley Chan of the U.S. Bankruptcy Court for the District of Pennsylvania (Philadelphia).

Please explain,
Mrs. Abel

FILED

SEP 11 2026

CLERK OF COURT
BY KC DEP. CLERK